Clear Form

FILED

MAR -8 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FREDERICK MARC COOLEY

Plaintiff,

vs.

MENZIES AVIATION (USA) INC., et. al.

Defendant.

CASE NO. C24-01437 SK

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, FREDERICK M. COOLEY, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ✔ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1700  Net: $1550

Employer: In Home Support Services-County of Solano

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.   Business, Profession or              Yes ____  No ✔
8            self employment?
9       b.   Income from stocks, bonds,           Yes ____  No ✔
10           or royalties?
11      c.   Rent payments?                       Yes ____  No ✔
12      d.   Pensions, annuities, or              Yes ____  No ✔
13           life insurance payments?
14      e.   Federal or State welfare payments,   Yes ____  No ✔
15           Social Security or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____
21 3.   Are you married?                          Yes ____  No ✔
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.   Do you own or are you buying a home?          Yes ____  No ✔

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?                    Yes ✔  No ____

7  Make CHEVROLET        Year 2017        Model IMPALA

8  Is it financed? Yes ✔  No ____ If so, Total due: $ 9,000

9  Monthly Payment: $ 423.23

10 7.   Do you have a bank account?  Yes ✔  No ____ (Do not include account numbers.)

11 Name(s) and address(es) of bank: BANK OF AMERICA

12 _____

13 Present balance(s): $ 2.91

14 Do you own any cash? Yes ✔  No ____ Amount: $ 2.91

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)                                   Yes ____  No ✔

17 _____

18 8.   What are your monthly expenses?

19 Rent: $ 850                            Utilities: 190

20 Food: $ 200                            Clothing: 80

21 Charge Accounts:

22 Name of Account          Monthly Payment          Total Owed on This Account

23 CREDIT ONE BANK          $ 36                     $ 797.21

24 CREDIT ONE BANK          $ 36                     $ 676.84

25 _____         $ _____          $ _____

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 _____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✔ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

COOLEY v. AMER SM ASIF, et. al., 6:23-cv-299-CEM-LHP, United States District Court, Middle District of Florida

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/8/24
DATE

*Frederick M. Cooley*
SIGNATURE OF APPLICANT