UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>    Plaintiff.<br><br>    v.<br><br>MENZIES AVIATION (USA) INC., et al.,<br><br>    Defendants. | Case No. 24-cv-01437-SK<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Regarding Docket No. 2 |

    Plaintiff's application to proceed in forma pauperis is DENIED. The Court finds that Plaintiff failed to demonstrate an inability to pay. Plaintiff must pay the filing fee by no later than April 10, 2024, or this case will be dismissed without prejudice.

    Plaintiff is responsible for service of the summons and the complaint and any amendments and attachments, as well as scheduling orders and other documents specified by the Clerk, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

    While this case is pending, Plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

    **IT IS SO ORDERED.**

Dated: March 28, 2024

SALLIE KIM
United States Magistrate Judge