FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK MARC COOLEY**, <br><br> Plaintiff, <br><br> v. <br><br> **MENZIES AVIATION (USA) INC.; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE**, <br><br> Defendant. | No. 24-cv-01437-SK <br><br> **PLAINTIFF'S STATUST REPORT** |

Plaintiff Frederick Marc Cooley, in pro se, hereby submits his status report concerning the status of the current litigation. This status report is supported by the attached declaration of Frederick Marc Cooley.

**A. DECLARATION OF FREDERICK MARC COOLEY IN SUPPORT OF HIS STATUS REPORT**

I, Frederick Marc Cooley, declare to the following statements:

1. I am the Plaintiff in the above-entitled action.
2. On March 28, 2024, the court issued an order denying my application for leave to proceed in forma pauperis.
3. Prior to the court's order on March 25, 2024, a settlement was reached with the verbal agreement that the settlement will be finalized within

1

30 days of March 25, 2024.

4. Defendants have failed to finalize the settlement and I anticipate a motion to enforce the settlement will be imminent.

5. I am notifying the court of the settlement agreement and request that the court waive the filing fees for the limited purpose of enforcement of the settlement agreement.

6. Representation made by defendants' attorney of record, John Maggio, that the settlement agreement will finalized by April 24, 2024, has been breached because the promises made have not been fulfilled and no creditable excuse have been given as to why.

7. It appears that court involvement would expedite the final resolution of the instant matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Date: May 2, 2024

*Frederick M. Cooley*

FREDERICK MARC COOLEY