UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MENZIES AVIATION (USA) INC., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-01437-SK<br><br>**ORDER REGARDING FILING FEE**<br><br>Regarding Docket Nos. 4, 7 |

On April 28, 2024, the Court denied Plaintiff's motion to proceed in *forma pauperis* and ordered that Plaintiff pay the filing fee by April 10, 2024. Plaintiff did not pay the filing fee or move for an extension of time. Instead, on May 2, 2024, Plaintiff filed a status report and requested that the Court waive the filing fee so that Plaintiff could move to enforce a settlement agreement. However, as stated in the Court's previous order, the Court denied Plaintiff's motion to proceed in *forma pauperis* due to his failure to demonstrate an inability to pay. Therefore, Plaintiff must pay the filing fee if he desires to proceed in this Court. The Court HEREBY EXTENDS the deadline to pay the filing fee to May 17, 2024. However, Plaintiff is admonished that if he does not pay the filing fee by this deadline, the Court will dismiss this case without prejudice without any further notice.

**IT IS SO ORDERED**.

Dated: May 3, 2024

　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge