

# U.S. District Court

### California Northern - Oakland

Receipt Date: May 17, 2024 1:33PM

Frederick Marc Cooley
P.O. Box 4575
Vallejo, CA 94590

Rcpt. No: 411018136            Trans. Date: May 17, 2024 1:33PM            Cashier ID: #WM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 24-cv-01437-SK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.