| | |
|---|---|
| Your Name: | FREDERICK MARC COOLEY |
| Address: | P.O. BOX 4575, Vallejo, CA 9459 |
| Phone Number: | (707) 373-6405 |
| Fax Number: | |
| E-mail Address: | cooleyfrederickm@gmail.com |

Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco   ☐ Oakland   ☐ San Jose   ☐ Eureka

| | | |
|---|---|---|
| FREDERICK MARC COOLEY, | ) | Case Number: 3:24-cv-01437-SK |
| | ) | |
| Plaintiff, | ) | *[Check box for party submitting statement]:* |
| vs. | ) | ☑ **Plaintiff's**    ☐ **Defendant's** |
| MENZIES AVIATION (USA) INC.; | ) | **CASE MANAGEMENT STATEMENT** |
| AMER SM ASIF | ) | |
| WILLIAM REVIS | ) | DATE: June 10, 2024 |
| JOHN DOE | ) | TIME: 1:30 pm |
| JANE DOE | ) | JUDGE: Hon. Sallie Kim |
| Defendant. | ) | |

*[See the Instructions for more detailed information about how to complete this template.]*

CASE MANAGEMENT STATEMENT; CASE NO.: 3:24-cv-01437-SK
PAGE NO. 1  OF 7    *[JDC TEMPLATE – Rev. 05/17]*

## 1. JURISDICTION

*Mark the option that applies to your case.*

This Court has subject matter jurisdiction in this case under:

☑ Federal question jurisdiction because it is about federal laws or rights. *[List the laws or rights involved]* 42 U.S.C. 1981 RACIAL DISCRIMINATION

☑ Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the Defendants AND the amount of damages is more than $75,000.

## 2. SERVICE

Complete the table to show when each defendant was served with the Complaint and whether any defendant will argue that this Court is not the correct one to decide this case.

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | Does Defendant dispute that this is the correct venue? |
|---|---|---|---|
| Menzies Aviation | June 7, 2024 | ☐ Yes   ☑ No | ☐ Yes   ☑ No |
|  |  | ☐ Yes   ☐ No | ☐ Yes   ☐ No |

☐ Check box if there are more defendants, and provide the above information for each defendant on an additional page at the end of this document.

## 3. FACTS

*Give a short description of the important facts in this case including facts that you and the other side disagree about. Add an additional page if needed.*

Defendant Amer SM Asif racially discriminated against Plaintiff by denying him to board a flight from Orlando Florida to Oakland California as Plaintiff is Black but Asif allowed a non-black female passenger to board. Asif thereafter initiated Plaintiff's detention by the Orlando Police falsely accusing Plaintiff of assault. Defendant William Revis joined in the false accusation in attempt to have Plaintiff arrested. Defendant John Doe and Jane Doe vicariously liable for Asif and Revis' actions and are liable for Asif and Revis' negligent actions. Asif subjected Plaintiff to battery. Menzies aviation breached settlement agreement and are liable for the resulting damages.

### 4. LEGAL ISSUES

*Briefly explain the laws the Plaintiff says the Defendant violated.*

42 U.S.C. 1981 prohibited Defendant Asif from discriminating against Plaintiff.

Under Florida law, to recover for civil battery, plaintiff must show that tortfeasor made some form of harmful or offensive contact and that he intended to cause the contact. Loos v. Club Paris, LLC, (2010) 684 F.Supp. 2d 1328. Calling the police to report a crim crime rises to the level of a tort only if the reporter acts maliciously, meaning the reporter either knows the report is false or reckles Singer v. Colony Insurance Co., (2015) 147 F.Supp. 3d 1369.

### 5. MOTIONS

*Complete the table to list any motions that have been filed or might be filed.*

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
|  |  |  |
|  |  |  |

☐ *Check box if there are more motions and add a page at the end with additional information.*

### 6. AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM

*Mark one option to tell the Court whether you plan to change your claims or defenses.*

- The submitting party *[name]* FREDERICK MARC COOLEY

    ☐ does **not** plan to amend the Complaint.

    ☑ plans to amend the Complaint by *[date]* Undecided

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

\\

\\

### 7. EVIDENCE PRESERVATION

*Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.*

- The submitting party *[name]* __FREDERICK MARC COOLEY__ has

    ☑ reviewed the Guidelines for the Discovery of Electronically Stored Information

    ☐ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case

    ☐ plans to do the above by *[date]* _____

☐ *Check if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

### 8. INITIAL DISCLOSURES

*Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies, and provide the agreed date if needed.*

☐ Parties have sent each other Initial Disclosures.

☑ Parties have <u>not</u> yet sent each other Initial Disclosures, but agree to exchange them by *[date]* __DEFENDANTS HAVE NOT APPEARED__

### 9. DISCOVERY

*Give a short description of what you plan to investigate during discovery and if there are any discovery issues.*

Orlando International airport video footage will need to be discovered. Menzies Aviation (USA) Inc., Amer SM Asif, William Revis, John Doe and Jane Does personel files are discoverable.

### 10. CLASS ACTIONS

Not applicable.

## 11. RELATED CASES

*Check the correct box to explain whether you are aware of any cases related to this one. If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.*

The party submitting this statement

☑ is not aware of any related cases.

☐ is aware of related cases *[list cases]*: _____

## 12. RELIEF SOUGHT

*State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter or crossclaim, state the same information for the Defendant. Insert a page if needed.*

Compensatory and punitive damages are being sound. Amount is calculated by compar case law with jury awards and that alleged facts that are similar or the same as Plaintiff

## 13. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")

*Check at least one box in each section. If you need information to help you decide how to resolve the case, explain what that information is.*

The parties:

☑ have tried to settle the case.

☐ have not tried to settle the case.

The submitting party agrees to the following form of ADR:

☑ Settlement conference with a magistrate judge

☐ Mediation

☐ Other _____

Information needed: Defendants breached the prior agreement and Plaintiff withdrew from the agreement on May 1, 2024.

## 14. CONSENT TO HAVE A MAGISRATE JUDGE HEAR THE CASE

Mark one option to let the Court know if you consent to have a magistrate judge hear the case.

- The submitting party *[name]* FREDERICK MARC COOLEY

  [✔] does consent to a magistrate judge.

  [ ] does **not** consent to a magistrate judge.

[ ] Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.

## 15. OTHER REFERENCES

In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.

Not applicable.

## 16. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies, and explain.

[✔] Not applicable.

[ ] Issues that can be resolved by agreement: _____

[ ] Issues that can be resolved by motion: _____

## 17. EXPEDITED TRIAL PROCEDURE

If you have questions about the Court's Expedited Trial Procedure, contact the Legal Help Center.

Not applicable.

## 18. SCHEDULING

The Court usually fixes the case deadlines. If you want to propose a schedule, you can do so below. Be sure you will be in town and able to meet any deadlines proposed.

[✔] Agree to have Court set deadlines.

[ ] Proposed deadlines:

CASE MANAGEMENT STATEMENT; CASE NO.: 3:24-cv-01437-SK
PAGE NO. 6 OF 7     [JDC TEMPLATE – Rev. 05/17]

### 19. TRIAL
*Check the box that applies and estimate how long the trial will last.*

[✔] This case will be tried by a jury. The trial is expected to last __3__ days.

[ ] This case will be tried by a judge. The trial is expected to last ____ days.

### 20. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

*This Section tells the Court if anyone who is not named as a party in the case will be affected by the outcome. Usually, if you are representing yourself, the answer is "None." If there is an "interested party," cross out "None" and write in the names.*

None.

### 21. OTHER MATTERS

*Use this section to discuss other issues that would assist with the just, speedy, and inexpensive resolution of this case.*

*NOTE: This document should not be longer than ten pages, including any pages you add at the end. Each party submitting this statement must sign and date below.*

Date: June 10, 2024    Sign Name: [signature]

Print Name: FREDERICK MARC COOLEY

Pro se