1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

FREDERICK MARC COOLEY,

Case No. 24-cv-01437-SK

8

Plaintiff,

**ORDER DIRECTING PLAINTIFF TO
FILE CERTIFICATE OF SERVICE
AND TO NOTICE DEFENDANTS OF
FURTHER CASE MANAGEMENT
CONFERENCE**

9

v.

10

MENZIES AVIATION (USA) INC., et al.,

11

Defendants.

12

13          On June 10, 2024, the Court held an initial case management conference in this matter.

14   However, upon the Court's inquiry, Plaintiff, who is proceeding without an attorney, averred that

15   he only just completed service of the summonses and complaint on Defendants on June 7, 2024.

16   In light of the foregoing, the Court hereby DIRECTS Plaintiff to file a certificate of service no

17   later than June 21, 2024.  In addition, the Court DIRECTS Plaintiff to notify Defendants, in

18   writing and no later than June 28, 2024, of the next case management conference, scheduled for

19   August 5, 2024, at 1:30 p.m.

20   Finally, the Court ADVISES Plaintiff that the District Court has created a guide for *pro se* litigants

21   called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides

22   instructions on how to proceed at every stage of your case, including discovery, motions, and trial.

23   It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge

24   from the Clerk's Office.  The Court additionally has a website with resources for *pro se* litigants

25   (https://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Plaintiff that he also

26   may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center

27   at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who

/ / /

28   / / /

United States District Court
Northern District of California

may be able to provide basic legal help, but not legal representation.

    **IT IS SO ORDERED**.

Dated: June 10, 2024



_____
SALLIE KIM
United States Magistrate Judge