AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| FREDERICK MARC COOLEY ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> MENZIES AVIATION (USA) INC.; AMER SM ASIF; ) <br> WILLIAM REVIS; JOHN DOE; JANE DOE ) <br> ) <br> ) <br> ) <br> *Defendant(s)* ) | Civil Action No. 3:24-cv-01437-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MENZIES AVIATION (USA) INC.
2710 GATEWAY OAKS DRIVE
SACRAMENTO, CA 95833

CSC - LAWYERS INCORPORATING SERVICE-REGISTERED AGENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby
CLERK OF COURT

Date: May 28, 2024

Gina Agustine    *(signed)* Gina Agustine
Signature of Clerk or Deputy Clerk

Case 3:24-cv-01437-SK   Document 13   Filed 05/28/24   Page 2 of 6
Case 3:24-cv-01437-AMO   Document 15   Filed 06/14/24   Page 2 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-01437-SK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Menzies Aviation (USA) Inc.**
was received by me on *(date)* **June 7, 2024**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Rebecca Vang** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Menzies Aviation (USA) Inc.** on *(date)* **June 7, 2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **June 7, 2024**

*John Richards*
Server's signature

**John Richards**
Printed name and title

**P.O. Box 4575 Vallejo, Ca 94590**
Server's address

Additional information regarding attempted service, etc:

Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| FREDERICK MARC COOLEY <br><br> *Plaintiff(s)* <br> v. <br> MENZIES AVIATION (USA) INC.; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-01437-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMER SM ASIF
2710 GATEWAY OAKS DRIVE
SACRAMENTO, CA 95833

CSC - LAWYERS INCORPORATING SERVICE-REGISTERED AGENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Mark B. Busby
CLERK OF COURT

Date: May 28, 2024

Gina Agustine  /s/ Gina Agustine
 *Signature of Clerk or Deputy Clerk*

Case 3:24-cv-01437-AMG   Document 13   Filed 05/28/24   Page 4 of 6
Case 3:24-cv-01437-SK   Document 13   Filed 06/14/24   Page 4 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-01437-SK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amer Sm Asif
was received by me on *(date)* June 7, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons on Rebecca Vang on 6/7/24 who designated by law to accept service process on behalf of Menzies Aviation (USA) Inc. who is Mr. Asf's employer.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: June 7, 2024

John Richards
*Server's signature*

John Richards
*Printed name and title*

P.O. Box 4575 Vallejo, Ca 94590
*Server's address*

Additional information regarding attempted service, etc:

Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| FREDERICK MARC COOLEY<br><br>*Plaintiff(s)*<br>v.<br>MENZIES AVIATION (USA) INC.; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE<br><br>*Defendant(s)* | Civil Action No. 3:24-cv-01437-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WILLIAM REVIS
2710 GATEWAY OAKS DRIVE
SACRAMENTO, CA 95833

CSC - LAWYERS INCORPORATING SERVICE-REGISTERED AGENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Mark B. Busby
*CLERK OF COURT*

Date: May 28, 2024

Gina Agustine

*Signature of Clerk or Deputy Clerk*

Case 3:24-cv-01437-SK   Document 13   Filed 05/28/24   Page 6 of 6
Case 3:24-cv-01437-AMO   Document 19   Filed 06/14/24   Page 6 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-01437-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __William Revis__

was received by me on *(date)* __June 7, 2024__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: __I served the summon on Rebecca Vang on June 7, 2024. Rebecca is designated by law to accept service process on behalf of Menzies Aviation (USA) Inc who is Mr. Revis' employer__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __June 7, 2024__

*Server's signature:* John Richards

*Printed name and title:* John Richards

*Server's address:* P.O. Box 4575, Vallejo, Ca 94590

Additional information regarding attempted service, etc:

Save As...   Reset