| | |
|---|---|
| 1 | Jennifer J. Johnston (State Bar No.: 125737) |
|   | Email: jjohnston@condonlaw.com |
| 2 | Justin M. Schmidt (State Bar No.: 309656) |
|   | Email: jschmidt@condonlaw.com |
| 3 | Christina V. Ferreiro (State Bar No.: 349562) |
|   | Email: cferreiro@condonlaw.com |
| 4 | CONDON & FORSYTH LLP |
|   | 1901 Avenue of the Stars, Suite 1050 |
| 5 | Los Angeles, California 90067 |
|   | Telephone: (310) 557-2030 |
| 6 | Facsimile:  (310) 557-1299 |
| 7 | Attorneys for Defendant |
|   | MENZIES AVIATION (USA) INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK MARC COOLEY, | ) | Case No. 3:24-cv-01437-SK |
|  | ) |  |
| Plaintiff, | ) | **DECLARATION OF JOHN MAGGIO IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA) INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
|  | ) |
| vs. | ) |
|  | ) |
| MENZIES AVIATION (USA) INC; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE, | ) |
|  | ) |
|  | ) |
| Defendants. | ) |
|  | ) | Date:     August 5, 2024 |
|  | ) | Time:     9:30 a.m. |
|  | ) | Place:    Courtroom C – 15th Floor |

I, John Maggio, declare as follows:

1. I am a member of the law firm of Condon & Forsyth, LLP, counsel for defendant Menzies Aviation (USA) Inc. (hereinafter "Menzies") in the above-entitled action.  Condon & Forsyth LLP also were counsel for Menzies in a lawsuit filed by plaintiff in the United States District Court for the Middle District of Florida entitled, *Cooley v. Amer SM Asif, et al.*, Case No. 6:23-cv-00299-CEM-LHP, alleging the same causes of action alleged in this instant case.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to these facts.

2. This declaration is submitted in support of defendant Menzies' Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. On February 21, 2023, the Plaintiff herein, Frederick Cooley, filed a lawsuit against Frontier Airlines and Amer S. M. Asif in the United Stated District Court for the Middle District of Florida. The complaint alleged that on January 15, 2023, while boarding a Frontier Airlines flight at Orlando International Airport, Mr. Asif subjected Mr. Cooley to discrimination and civil battery. The compliant erroneously alleged that Mr. Asif was an employee of Frontier Airlines, when, in fact, he was an employee of Menzies. Menzies provides employees to Frontier to work as gate agents for Frontier flights at Orlando, and Mr. Asif was working as a gate agent for Plaintiff's flight at the time of the alleged incident. *See* Complaint filed in the Middle District of Florida, attached as Exhibit "A."

4. On June 8, 2023, Mr. Cooley filed a First Amended Complaint in the Florida action, naming Menzies as a defendant, and correctly naming Mr. Asif as a Menzies employee, and adding William Revis, another Menzies employee, as a defendant. *See* Amended Complaint filed in the Middle District of Florida, attached as Exhibit "B."

5. Condon & Forsyth was retained by Menzies to represent Menzies and Menzies' employees in Mr. Cooley's action, and I appeared as counsel of record for Menzies, Mr. Asif, and Mr. Revis in the Florida action.

6. Court rules in Florida required Mr. Cooley to file a case management report; however, Mr. Cooley failed to file any case management report by the required deadline. On January 30, 2024, the Court dismissed Mr. Cooley's action in the Middle District of Florida *sua sponte* due to Mr. Cooley's failure to file a case management report. *See* Order of Dismissal, attached as Exhibit "C."

7. Thereafter, on March 8, 2024, Mr. Cooley filed his complaint in this Court, repeating his allegations of racial discrimination and civil battery against Menzies, Mr. Asif, and Mr. Revis.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

8.  Before Mr. Cooley served the complaint he filed in the Northern District of California, I engaged in settlement discussions on behalf of Menzies and its employees and insurers with Mr. Cooley, and we reached a settlement agreement. At no time during the settlement discussions did I make any agreement or commitment as to when the settlement funds would be paid.

9.  On March 25, 2024, I forwarded a release to Mr. Cooley for his review and signature. In the release, Mr. Cooley agrees to release all of his claims that are the subject of his lawsuit against Menzies, its employees and its insurers. The release does not contain any provisions as to when the settlement funds would be paid. The release does, however, contain provisions stating that all of the parties' obligations under the settlement agreement are contained in the release and there are no oral agreements related to the settlement agreement that are not stated in the release. Mr. Cooley signed and returned the release to me on March 25, 2024. *See* Release attached as Exhibit "D."

10. After Mr. Cooley returned the release, he telephoned me almost daily to ask when his settlement funds would be paid. I explained to him that the settlement funds were coming from London, and it would take a bit of time for them to be transferred to our client trust account, but, hopefully, we would have them in thirty days. However, I at no time made any promises to Mr. Cooley as to when the settlement funds would be paid.

11. On April 25, 2024, I sent Mr. Cooley an e-mail advising him that we were expecting the funds by April 29, 2024. There was a delay of a few days, however, and we did not receive the settlement funds in our client trust account until Friday, May 3, 2024. On the morning of May 3, I sent Mr. Cooley an e-mail advising him that we had the settlement funds and would be transferring them to his account. Later that same day, I sent Mr. Cooley another e-mail advising him that the wire payment had been set up and requesting that he confirm receipt of the settlement funds. *See* April 25, 2024, and May 3, 2024, e-mails, attached as Exhibit "E."

12. On Monday, May 6, 2024, the settlement funds were deposited in Mr. Cooley's bank account. *See* wire transfer confirmation, attached as Exhibit "F."

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

DECLARATION OF JOHN MAGGIO IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT MENZIES AVIATION (USA) INC.
CASE NO.: 3:24-cv-01437-SK
- 3 -

13. On that same day, May 6, 2024, instead of dismissing his complaint in the Northern District of California as he was required to do under the settlement agreement, Mr. Cooley filed a First Amended Complaint in this action, in which he alleged, incorrectly, that Menzies had breached the settlement agreement and he had withdrawn from the settlement. *See* First Amended Complaint, ECF No. 10, attached as Exhibit "G." However, I never received any communication from Mr. Cooley by telephone or e-mail that he was "withdrawing" from the settlement agreement, and I never received the letter that he alleges in his FAC that he sent to me withdrawing from the settlement agreement.

14. On June 17, 2024, after I learned that Mr. Cooley filed his Amended Complaint making these allegations, I attempted to contact Mr. Cooley to discuss the matter. However, he failed to return my telephone call or respond to my e-mail. *See* June 17, 2024 e-mail, attached as Exhibit "H."

15. Mr. Cooley also has retained the settlement funds that were wired to his account in furtherance of the settlement agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of June 2024 at 3300 Lenox Road, Atlanta, Georgia.

_____
John Maggio

DECLARATION OF JOHN MAGGIO IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT MENZIES AVIATION (USA) INC.
CASE NO.: 3:24-cv-01437-SK

- 4 -