# EXHIBIT A

Case 6:23-cv-00299-CEM-LHP Document 21 Filed 02/26/24 Page 2 of 12 PageID 1
Case 3:24-cv-00943-WHO Document 1-1 Filed 02/16/24 Page 2 of 82

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
ORLANDO Division

| | | |
|---|---|---|
| FREDERICK MARC COOLEY | ) | Case No. 6:23-CV-299-CEM-LHP |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) | |
| FRONTIER AIRLINES, INC.; AMER SM ASIF; | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

FILED 2023 FEB 21 PM 4:14

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | FREDERICK MARC COOLEY |
   | Street Address | P.O. BOX 4575 |
   | City and County | VALLEJO, SOLANO |
   | State and Zip Code | CALIFORNIA, 94590 |
   | Telephone Number | (707) 373-6405 |
   | E-mail Address | cooleyfrederickm@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    FRONTIER AIRLINE INC.
    Job or Title *(if known)*
    Street Address    4545 AIRPORT WAY
    City and County    DENVER,
    State and Zip Code    COLORADO, 80239
    Telephone Number    800-432-1350
    E-mail Address *(if known)*

Defendant No. 2
    Name    AMER SM ASIF
    Job or Title *(if known)*
    Street Address    8837 LATREC AVE
    City and County    ORLANDO, ORANGE COUNTY
    State and Zip Code    FLORIDA, 32819
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Federal Aviation Act, 49 U.S.C. § 44902; Equal Rights Under The Law 42 U.S.C.A. § 1981'

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under

    the laws of the State of *(name)* _____, and has its

    principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
**AMOUNT IN CONTROVERSY TO BE DETERMINED BY A JURY.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
**SEE ADDITIONAL PAGES**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
**PLAINTIFF REQUESTS COMPENSATORY AND PUNITIVE DAMAGES UNDER FEDERAL AND FLORIDA STATE LAW. RELIEF IS ALSO BEING SOUGHT FOR THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/11/2023

Signature of Plaintiff: *Frederick M. Cooley*
Printed Name of Plaintiff: FREDERICK MARC COOLEY

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

In Pro Se

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO, DIVISION

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.;<br>AMER SM ASIF;<br><br>Defendants. | No. |

**ADDITIONAL PAGES
STATEMENT OF FACTS**

1. On November 28, 2022, Plaintiff Frederick Marc Cooley ("**COOLEY**"), a Black American male, booked with Defendant Frontier Airlines, Inc. ("**FRONTIER**") through its agent "Justfly", an international roundtrip ticket from Oakland, California to Santo Domingo, Dominican Republic with a departure date of December 12, 2022, and a return date of January 14, 2023.

2. On January 14, 2023, Frontier cancelled Cooley's departure at the Las Americas International Airport, in Santo Domingo, Dominican Republic and provided a hotel until the next day January 15, 2023, at 10:00 am.

3. On January 15, 2023, Cooley returned back to Las Americas International Airport and paid $89 for a carry-on bag.

1

4. The flight was then delayed until 12:30 p.m.
5. Cooley boarded the flight that included a transfer to Orlando International Airport to fly to Las Vegas, Nevada with Oakland, California.
6. Cooley arrived at 3:00 p.m. and laid over in Orlando International Airport located at 9102 JEFF FUQUA BLVD., Orlando, Florida 32827 for approximately 6 hours at gate 10 waiting to depart.
7. Using his boarding pass, Cooley attempted to board Frontier Flight F91103 at the gate where he was greeted by Defendant Frontier Airline Inc. employee, Amer S M Asif ("**ASIF**"), a non-Black-American male.
8. Asif checked Cooley's boarding pass and pointed out that the boarding pass did not describe a carry-on bag was authorized for the flight and directed Cooley to pay for a carry-on.
9. Cooley attempted to provide proof that he had paid $89 for a carry-on bag but was told by a black male Frontier Airline employee that he could see that Cooley paid $89 but could not determine what Cooley paid $89 for and told Cooley that he would have to pay $89 for the carry-on bag.
10. Cooley thereafter paid $89 for the carry-on bag a second time after a non-black American woman boarding the flight also paid for a carry-on bag.
11. Asif knew Cooley and at least 30 other passengers had waited at gate #10 a minimum of six hours to board flight # F91103 to Las Vegas and that the flight was the last flight of the day departing at 9:15 p.m.
12. Asif took Cooley's receipt for carry-on payment and subjected Cooley to discrimination when Asif told Cooley that the non-black American woman could board the plane, but Cooley could not.
13. Cooley continued down the Jet Bridge to the airplane and Asif subjected Cooley to civil battery when he intentionally and offensively grabbed Cooley's shoulder without Cooley's consent and unsuccessfully attempted to pull Cooley back.
14. As Cooley walked down the Jet Bridge, on at least two more occasions Asif subjected Cooley to civil battery by intentionally and offensively grabbing Cooley without his consent, as Cooley told Asif to let go of him and to stop touching him, which Asif continued to do to impede Cooley's travel.

15. Asif slandered Cooley by falsely reporting to his supervisor and to Orlando police that Cooley subjected Asif to battery, resulting in Cooley being denied rebooking a flight with Frontier.
16. Cooley was forced to purchase another ticket to fly on a different airline to reach his final destination.
17. Cooley was subjected to significant emotional distress.

3



FROM:
Frederick Cooley
P.O. Box 4575
Vallejo, Ca 94590

TO:
United States District Court
Middle District of Florida
Clerk of the Court
401 West Central Blvd
Orlando, Florida
32801

