# EXHIBIT D

## GENERAL RELEASE OF ALL CLAIMS

The undersigned, FREDERICK MARC COOLEY (hereinafter and collectively "Releasor"), being over the age of eighteen years and residing at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, for the total and sole consideration of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (▆▆▆▆▆▆▆) (hereinafter the "Settlement Proceeds"), for themselves and in their own right, do hereby release and forever discharge MENZIES AVIATION (USA), INC., as well as any of their subsidiaries, parent companies, divisions, corporations, joint ventures, related or affiliated companies, successors, directors, officers, agents, employees, servants, joint venturers, affiliates, affiliates' employees, stockholders, survivors, heirs, executors, assigns, and all of their Underwriters including but not limited to participating insurance companies and their adjusters, investigators and attorneys, and any and all other persons or entities who are liable or who might be claimed to be liable (hereinafter "Releasees"), for or on account of any claims, losses or damages resulting from or arising out of personal injuries and denial of boarding allegedly sustained by Releasor in connection with transportation on Frontier flight F91103 from Orlando, Florida to Oakland, California on January 15, 2023 (hereinafter referred to as the "Incident"), and which is subject of a lawsuit in the United States District Court, Northern District Of California under case number. 3:24-cv-01437-SK (hereinafter the "Action").

This General Release of All Claims includes, but is not limited to, any and all claims, damages, remedies, actions, and causes of action alleged or brought, or which could have been alleged or brought under the laws, codes, treaties and statutes of any and all local, state, federal, or foreign law. Further, this General Release of All Claims extends and applies to, and also covers and includes, all unknown, unforeseen, unanticipated, and unsuspected injuries, damages, losses and liabilities, and the consequences thereof, as well as those now disclosed and known to exist. The provisions of any local, state, federal, or foreign law, statute, or judicial decision, code or rule providing in substance that releases shall not extend

to claims, demands, injuries, damages, losses and liabilities which are unknown or unsuspected to exist at the time herein to persons executing such releases, are hereby expressly waived.

It is fully understood and agreed that this General Release of All Claims specifically includes, but is not limited to, any and all liens, subrogation interests, and/or claims of any nature or kind whatsoever, to include, but not limited to, funeral expenses, hospital liens, medical liens, attorneys' fees liens, Workers' Compensation liens, Veterans' Administration liens, and any and all governmental liens, claims or interests, which, if any such claims, liens and/or interests exist, or shall hereafter arise, the Releasor agrees to fully satisfy and to save, hold harmless, defend and indemnify these Releasees.

Releasor further understands and agrees that the payment of the aforesaid Settlement Proceeds in full and final settlement of this matter is the compromise of a disputed claim or claims and that the payment made is not to be construed as an admission of liability on the part of any and all parties and entities hereby released, by whom liability is expressly and without limitation denied.

Pursuant to U.S. Federal law, Releasees are obligated to report specific information about Releasor relating to Medicare eligibility status and Releasor hereby consents to the dissemination of Releasor's personal information as necessary for Releasees to comply with U.S. Federal law and releases Releasees for any breach of confidentiality or privacy infringement claims related to such compliance. To that end, Releasor agrees to provide their full cooperation to Releasees to ensure compliance with all reporting requirements and other provisions under the Medicare Secondary Payer Act, Section 111 of the Medicare, Medicaid, and State Children's Health Insurance Program Extension Act of 2007 and any other applicable U.S. Federal or State laws, and Releasor agrees to defend, indemnify, and hold harmless Releasees for any penalties incurred by Releasees based upon Releasor's non-cooperation or misinformation, whether intentional or unintentional.

In the event that Releasor is Medicare eligible, Releasor further understands and agrees that

the Settlement Proceeds shall not be disbursed until Releasees' receipt of a Final Demand Letter advising the total amount, if any, of Medicare's right to reimbursement; that Releasees shall then repay Medicare for that right to reimbursement directly from the Settlement Proceeds; and that Releasees shall thereafter disburse the remainder of the Settlement Proceeds to Releasor.

Releasor further agrees, in the event that Releasor is Medicare eligible, to notify the Centers for Medicare and Medicaid Services or the appropriate agency thereof and any and all other persons or entities asserting rights, claims or liens against the payment of the Settlement Proceeds, and Releasor agrees to comply with all obligations imposed by the Medicare Secondary Payer Act and all other applicable U.S. Federal or State laws. Releasor additionally agrees to defend, indemnify and hold harmless Releasees for any amounts, including attorneys' fees, paid by Releasees as a result of any liens or claims asserted against the Settlement Proceeds, or made directly against Releasees, by any person or entity who is not a party to this General Release of All Claims but who claims any interest in the Settlement Proceeds or subject matter of this General Release of All Claims.

It is further declared and represented that no promises or agreements or assignments not herein expressed have been made and that this General Release of All Claims contains the entire agreement between the parties hereto and that that the terms of this General Release of All Claims are contractual and not a mere recital.

By execution of this General Release of All Claims, the undersigned Releasor acknowledges, understands, declares, covenants, and agrees that the terms of this settlement have been completely read and fully understood, and are for the purpose of making a full and final compromise, adjustment and settlement of any and all actions, causes of action and claims, disputed or otherwise, on the account of any losses, damages, injuries and matters of whatsoever nature or name, and for the express

purpose of precluding forever any further or other claims, causes of action, and actions of whatsoever name or nature as against any person and/or entity for any purpose at any time arising out of or as a result of the aforesaid Incident, and it is specifically intended, covenanted, and agreed by the parties to this General Release of All Claims that all persons and entities, whether known or unknown, whether named in this General Release of All Claims or not named, be released from any and all further claims and/or actions as a result of or relating to the Incident as aforementioned.

By execution of this General Release of All Claims, the undersigned Releasor acknowledges, covenants, agrees and stipulates in consideration of the Settlement Proceeds to defend and indemnify and forever hold harmless the aforesaid Releasees as against loss and/or liability from any and all further claims, demands and/or actions which exist or may hereafter exist and at any time be made or brought against the aforesaid Releasees by Releasor or on Releasor's behalf.

The undersigned Releasor further acknowledges that any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purposes of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

The amount of the Settlement Proceeds and the contents of this General Release of All Claims shall remain confidential and shall not be disclosed, other than to the Releasor's attorneys, tax advisors, investment and financial advisors, and any taxing authority as needed or as otherwise required by law, or upon the order of a court of competent jurisdiction. Releasor further agrees that any breach of the above confidentiality provision shall result in liquidated damages in the amount of two thousand and five hundred dollars ($2,500.00) per occurrence. Releasor acknowledges that: (i)

the amount of loss or damages likely to be incurred as a result of a breach of the foregoing paragraph is incapable of calculation or estimation; (ii) that the amount of the liquidated damages agreed herein bears a reasonable relationship to, and is not plainly or grossly disproportionate to, the probable loss likely to be incurred in connection with failure by Releasor to maintain the confidentiality of the terms of this General Release of All Claims; (iii) that one of the reasons for the parties to reach an agreement as to such amounts was the uncertainty and cost of litigation regarding the question of actual damages; and (iv) that Releasor and Releasees are sophisticated parties and/or are represented by sophisticated and able legal counsel in the negotiation of this General Release of All Claims.

To secure this settlement and payment of the aforesaid sum, Releasor hereby declares, covenants and warrants that Releasor is over eighteen (18) years of age; that Releasor is suffering from no legal disabilities whatsoever which would impair or disable Releasor from executing this General Release of All Claims; and that Releasor relies wholly upon their own judgment, belief and knowledge as to and of the nature, extent, and duration of injuries, losses, disabilities and damages, and causes of actions and claims claimed, which could have been alleged or claimed, and/or which have been alleged or claimed as sustained by the Releasor, and that no representations or statements about them made by an attorney, representative, or agent of the said Releasees has influenced Releasor making or induced Releasor to make this statement.

IN WITNESS WHEREOF I have hereunto set my hand and Seal and delivered these presents at ~~V~~, 25 this day of March, 2024.

12:46 PM

I HAVE READ THIS GENERAL RELEASE OF ALL CLAIMS:

*Frederick M Cooley*
FREDERICK MARC COOLEY

Sworn to before me this
25 day of MARCH 2024

See Attached California Acknowledgement/Jurat

_____
Notary Public

**CALIFORNIA JURAT**  GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Solano

Subscribed and sworn to (or affirmed) before me on this __25__ day of __MARCH__, 20__24__, by
        Date              Month            Year

(1) __FREDERICK MARC COOLEY__

(and (2) __N/A__ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __Sylvester C__
Signature of Notary Public

SYLVESTER CULLEN
Notary Public - California
Solano County
Commission # 2465994
My Comm. Expires Oct 10, 2027

Place Notary Seal and/or Stamp Above

———————— OPTIONAL ————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __GENERAL Release of ALL CLAIMS__

Document Date: __MARCH 25, 2024__    Number of Pages: __6__

Signer(s) Other Than Named Above: __NONE__

©2019 National Notary Association