# EXHIBIT E

**From:** John Maggio <JMaggio@condonlaw.com>
**Sent:** Thursday, April 25, 2024 7:19 AM
**To:** Frederick Cooley
**Subject:** Settlement funds

Dear Mr. Cooley,

Further to our call yesterday, I have been told that we should have funds Monday, April 29.  Apologies for the short delay, but I will touch base next week.

Regards,
John


**John Maggio**
Partner


**Condon & Forsyth LLP**
7 Times Square  /  New York, NY 10036
701 Brickell Avenue  /  Suite 1550  /  Miami, FL 33131
NY 212.894.6792  /  FL 305.492.7303
Mobile 718.753.9536
[condonlaw.com](condonlaw.com)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE: This message is intended only for use by the named addressee and may contain privileged and/or confidential information. If you are not the named addressee you should not disseminate, copy or take any action in reliance on it. If you have received this message in error please notify info@condonlaw.com and delete this message and any attachments accompanying it immediately.

*Any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** John Maggio <JMaggio@condonlaw.com>
**Sent:** Friday, May 3, 2024 6:50 AM
**To:** Frederick Cooley
**Subject:** Settlement funds

Dear Mr. Cooley,
The money arrived.
I'm at a meeting but was just alerted that it is here.
Our accounting department should be setting up the wire now and I will confirm once my meeting is over.
John

Get Outlook for iOS

| | |
|---|---|
| **From:** | John Maggio <JMaggio@condonlaw.com> |
| **Sent:** | Friday, May 3, 2024 4:06 PM |
| **To:** | Frederick Cooley |
| **Subject:** | RE: Settlement funds |

Mr. Cooley,

Further to my earlier email, I have been told the wire payment was set up.  Please confirm once you receive the $█████
Again, thank you for your patience.
Enjoy the weekend.

---

**John Maggio**
Partner


**Condon & Forsyth LLP**
7 Times Square  /  New York, NY 10036
701 Brickell Avenue  /  Suite 1550  /  Miami, FL 33131
NY 212.894.6792  /  FL 305.492.7303
Mobile 718.753.9536
[condonlaw.com](condonlaw.com)

************************************************
NOTICE: This message is intended only for use by the named addressee and may contain privileged and/or confidential information. If you are not the named addressee you should not disseminate, copy or take any action in reliance on it. If you have received this message in error please notify info@condonlaw.com and delete this message and any attachments accompanying it immediately.

*Any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.