# EXHIBIT F



Wire Summary as of Jun 12, 2024 at 01:06 PM ET

# CitiBusiness® Online

## WIRE TRANSFER DETAILS

### Wire Transfer Status: **Complete**

**Fed Ref/CHIPS:** ▉  **Global ID:** ▉

**From**

| | |
|---|---|
| Account Name | --- |
| Account Number | *****▉ |
| Account Type | Checking |
| Set Up By | Alexis Banioniene |

**To**

| | |
|---|---|
| Beneficiary | Frederick Marc Cooley |
| Beneficiary Account Number | ▉ |
| ABA | ▉ |
| Beneficiary Address | --- |
| Beneficiary Phone | --- |
| Bank Address | SELF-HELP FCU, DURHAM, NC |
| Special Instructions | Settlement of Claim of FrederickMarc Cooley |

**Scheduling & Dates**

| | |
|---|---|
| Date Submitted | 05/06/2024 |
| Date Completed | 05/06/2024 08:58 AM |

**Amount & Additional Info**

| | |
|---|---|
| Amount | ▉ USD |
| Customer Reference No. | --- |
| Citibank Reference No. | 1270639722 |
| Additional Reference | --- |
| Additional Description for Statements | --- |

*This information is provided for your convenience only. It is not a substitute for the periodic statement which is the official record of your account activity.*

Page 1 of 1