# EXHIBIT H

| | |
|---|---|
| **From:** | John Maggio <JMaggio@condonlaw.com> |
| **Sent:** | Monday, June 17, 2024 9:37 AM |
| **To:** | Frederick Cooley |
| **Subject:** | RE: Settlement funds |
| **Attachments:** | Confirmation- $ ▮▮▮▮▮▮ Settlement for Frederick Cooley.pdf |
| **Importance:** | High |

Dear Mr. Cooley,

Further to my voice message left today, I have learned you have filed an Amended Complaint even though we have reached a settlement.

Despite my email to you on May 3 that we had the money and that the wire payment was set up (and asked you to confirm when you received the money), you instead filed this Amended Complaint on May 6. You then obtained a Summons on May 28, 2024 – after you received the settlement funds on May 6.

Please contact me to discuss.

Regards,
John

---

**John Maggio**
Partner

**Condon & Forsyth LLP**
7 Times Square  /  New York, NY 10036
701 Brickell Avenue  /  Suite 1550  /  Miami, FL 33131
NY 212.894.6792  /  FL 305.492.7303
Mobile 718.753.9536
condonlaw.com

*********************************************
NOTICE: This message is intended only for use by the named addressee and may contain privileged and/or confidential information. If you are not the named addressee you should not disseminate, copy or take any action in reliance on it. If you have received this message in error please notify info@condonlaw.com and delete this message and any attachments accompanying it immediately.

*Any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.