| | |
|---|---|
| 1 | Jennifer J. Johnston (State Bar No.: 125737) |
| | Email: jjohnston@condonlaw.com |
| 2 | Justin M. Schmidt (State Bar No.: 309656) |
| | Email: jschmidt@condonlaw.com |
| 3 | Christina V. Ferreiro (State Bar No.: 349562) |
| | Email: cferreiro@condonlaw.com |
| 4 | CONDON & FORSYTH LLP |
| | 1901 Avenue of the Stars, Suite 1050 |
| 5 | Los Angeles, California 90067 |
| | Telephone: (310) 557-2030 |
| 6 | Facsimile: (310) 557-1299 |

Attorneys for Defendant
MENZIES AVIATION (USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARC COOLEY, | Case No. 3:24-cv-01437-SK |
| Plaintiff, | **DEFENDANT MENZIES AVIATION (USA) INC.'s REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| MENZIES AVIATION (USA) INC; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE, | |
| Defendants. | Date: August 5, 2024 |
| | Time: 9:30 a.m. |
| | Place: Courtroom C – 15th Floor |

Defendant Menzies Aviation (USA) Inc. (hereinafter "Menzies"), by and through its attorneys, Condon & Forsyth LLP, hereby respectfully requests that pursuant to Federal Rule of Evidence 201(b) and for the reasons set forth herein, the Court take judicial notice of the release (attached hereto as Exhibit "A") executed by Plaintiff in connection with his settlement with Menzies:

This Court may take judicial notice of the release executed by Plaintiff in connection with this Rule 12(b)(6) motion to dismiss. Generally, a court may not look beyond the four corners of the complaint, with the exception of matters incorporated into the complaint by reference and any matters subject to judicial

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

notice. *See Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007). However, "[i]n order to 'prevent plaintiff's from surviving a Rule 12(b)(6) motion by deliberately omitting documents upon which their claims are based,' a court may consider a writing referenced in a complaint but not explicitly incorporated therein if the complaint relies on the document and its authenticity is unquestioned." *See id*. (*quoting Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998)). *See also Coto Settlement v. Eisenberg*, 593 F.3d 103, 1038 (9th Cir. 2010) (court may consider extrinsic documents on motion to dismiss outside the complaint "where the complaint necessarily relies upon a document or the contents of the document are alleged in a complaint, the document's authenticity is not in question and there are no disputed issues as to the document's relevance.").

Here, Plaintiff dedicates twelve (12) paragraphs of his First Amended Complaint ("FAC") to allegations surrounding his settlement discussions with counsel for Menzies leading up to and after execution of the release. *See* FAC at ¶¶ 31 – 43. Plaintiff's FAC also specifically references the release at least five (5) times. *See id*. at ¶¶ 33 – 35, 37 – 38. Further, Plaintiff's cause of action for breach of an "oral agreement" that was allegedly entered into contemporaneously with the release necessarily relies on the terms and conditions found within the release. *See id*. at ¶¶ 10, 32-33, 37 – 41. Accordingly, this Court may properly take notice of the release in ruling on Menzies' Motion to Dismiss.

Dated: June 28, 2024                    CONDON & FORSYTH LLP

                                        By: */s/ Jennifer J. Johnston*
                                        JENNIFER J. JOHNSTON
                                        JUSTIN M. SCHMIDT
                                        CHRISTINA V. FERREIRO
                                        Attorneys for Defendant
                                        MENZIES AVIATION (USA) INC.

DEFENDANT MENZIES AVIATION (USA) INC.'S REQUEST
FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO.: 3:24-cv-01437-SK

- 2 -