UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>Plaintiff,<br><br>v.<br><br>MENZIES AVIATION (USA) INC., et al.,<br><br>Defendants. | Case No. 24-cv-01437-SK<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk will now reassign this case to a United States District Judge because either:

[X]   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[ ]   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before SALLIE KIM are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned.

Dated: 7/8/2024

Mark B. Busby
Clerk of Court, United States District Court

By: *Brenda Lopez*
Brenda Lopez, Deputy Clerk to the
Honorable SALLIE KIM

*Rev. 10-18*