1  FREDERICK MARC COOLEY
2  P.O. BOX 4575
   VALLEJO, CA 94590
3  (707) 373-6405
   cooleyfrederickm@gmail.com
4

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  **FREDERICK MARC COOLEY**,        No. 3:24-cv-01437-AMO

10            Plaintiff,              **DECLARATION OF FREDERICK MARC COOLEY IN SUPPORT OF HIS**
11      v.                           **OPPOSITION TO MENZIES AVIATION (USA) INC. MOTION TO DISMISS**
12 **MENZIES AVIATION (USA)          **PURSUANT TO FRCP RULE 12 (b)(6)**
   INC.; AMER SM ASIF;
13 WILLIAM REVIS; JOHN DOE;
   JANE DOE,
14                                   Date:    August 5, 2024
              Defendants.           Time:    9:30 a.m.
15                                   Place:   Crtrm 10,19th Floor

16

17

18

19

20  I Frederick Marc Cooley, declare to the following:

21

22  1. I am the Plaintiff in the civil action now pending in the above-entitled

23     court.

24  2. On May 1, 2024, I forwarded a letter by United State Postal Service to

25     Menzies Aviation (USA) Inc.'s attorney John Maggio advising that

26     because of Menzies breach of our oral agreement that I would be paid

27     a specified amount within 30 days of from March 25, 2024, I was

28     withdrawing my agreement from the general release of all claims and

                              1

that I would be pursuing my claims against all the defendants. See Exhibit "A".

3. The letter was returned back to me even though it was mailed to Mr. Maggio at his New York office located at 7 Times Square, New York, New York, 10038. See Exhibit "B".

4. I am disputing Mr. Maggio's statements he made in his declaration in support of Menzies motion to dismiss.

5. I specifically dispute Mr. Maggio's statement that he never communicated to me that payment would be made to me within 30 days and that I called him almost every day after returning the release.

6. My inquiry into how long it would take to receive payment was made the same day Mr. Maggio called me and made the initial offer.

7. There was no issue concerning the 30-day oral clause to the agreement until on or about April 24, 2024, the 30th day.

8. This why Mr. Maggio on the 31st day sent an email to me and described the payment as being "delayed" because Mr. Maggio knew he made the agreement that payment would be made within 30 days. See Exhibit "C".

9. I would not have accepted the agreement without a stipulation on when I would receive payment.

10.    Menzies motion to dismiss should be denied.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing statements are true and correct.

Date 7/11/24

FREDERICK MARC COOLEY

2

# EXHIBIT
# "A"

May 1, 2024

Frederick Marc Cooley
P.O. Box 4575
Vallejo, Ca 94590
(707) 373-6405
cooleyfrederickm@gmail.com

Menzies Aviation (USA) Inc.
Amer SM Asif
William Revis
John Maggio
7 Times Square
New York, NY 10036

**TO: DEFENDANTS MENZIES AVIATION (USA) INC., AMER SM
ASIF WILLIAMS REVIS, JOHN DOE, JANE DOE and/or their
attorney of record, JOHN MAGGIO,**

RE: **FREDERICK MARC COOLEY'S NOTICE OF WITHDRAW OF
GENERAL RELEASE OF ALL CLAIMS**

Dear Defendants and Mr. Maggio,

In light of the fact that defendants have breached the oral
agreement made by and through their attorney John Maggio, that
the payment of ████████ be made within 30 days from March 25,
2024, causing substantial injury to me, I am withdrawing my
agreement to the general release of all claims, and I will be pursuing
my claims against all defendants.

*Frederick M. Cooley*

FREDERICK MARC COOLEY

# EXHIBIT "B"



Box 4575
llejo, Ca 94590

John Maggio, Esq.
7 Times Square
K, NY 10038

-R-S-
100385044-1N          05/22/24
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

Retail

RDC 99          10038

U.S. POSTAGE PAID
FCM LG ENV
VALLEJO, CA 94590
MAY 01, 2024
$1.63
R2303S103251-11

# EXHIBIT

# "C"

 **Gmail**

<div align="right">Frederick Cooley &lt;cooleyfrederickm@gmail.com&gt;</div>

## Settlement funds
1 message

---

**John Maggio** &lt;JMaggio@condonlaw.com&gt;          Thu, Apr 25, 2024 at 7:18 AM
To: Frederick Cooley &lt;cooleyfrederickm@gmail.com&gt;

Dear Mr. Cooley,


Further to our call yesterday, I have been told that we should have funds Monday, April 29.
Apologies for the short delay, but I will touch base next week.


Regards,

John

---

**John Maggio**
Partner


**Condon & Forsyth LLP**
7 Times Square / New York, NY 10036

701 Brickell Avenue / Suite 1550 / Miami, FL 33131
NY 212.894.6792 / FL 305.492.7303
Mobile 718.753.9536
condonlaw.com

**********************************************
NOTICE: This message is intended only for use by the named addressee and may contain privileged and/or
confidential information. If you are not the named addressee you should not disseminate, copy or take any action in
reliance on it. If you have received this message in error please notify info@condonlaw.com and delete this message
and any attachments accompanying it immediately.

*Any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to
be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed
herein.