1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  Christina V. Ferreiro (State Bar No.: 349562)
   Email: cferreiro@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
5  Los Angeles, California 90067
   Telephone: (310) 557-2030
6  Facsimile: (310) 557-1299

7  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | FREDERICK MARC COOLEY, | Case No. 3:24-cv-01437-AMO |
|---|---|
13 | Plaintiff, | **RE-NOTICE OF MOTION OF DEFENDANT MENZIES AVIATION (USA) INC. TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
14 | vs. | |
15 | MENZIES AVIATION (USA) INC; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE, | |
17 | Defendants. | Date: November 7, 2024 |
18 | | Time: 2:00 p.m. |
   | | Place: Courtroom 10 - 19th Floor |

20 TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF PRO PER:

21     PLEASE TAKE NOTICE THAT:

22     On June 28, 2024, defendant Menzies Aviation (USA) Inc. ("Menzies") filed its motion

23 to dismiss pursuant to Rule 12(b)(6) and set it for hearing on the calendar of the assigned

24 magistrate judge, Magistrate Judge Sallie Kim, on August 5, 2024, at 9:30 am;

25     On June 29, 2024, plaintiff filed his consent to having a magistrate judge conduct all

26 further proceedings;

27     On July 3, 2024, Menzies filed its consent to having a magistrate judge conduct all

28 further proceeding; and

1    On July 8, 2024, this Court reassigned this case to United States District Judge Araceli
2    Martinez-Olguin because certain former employees of Menzies named in the complaint have not
3    appeared and consented to a magistrate judge. The Order Reassigning Case stated that motions
4    must be re-noticed before the judge to whom the case is reassigned.
5    Menzies, therefore, hereby gives notice that on November 7, 2024, at 2:00 pm, in
6    Courtroom 10, 450 Golden Gate Ave., San Francisco, California, by and through its attorneys,
7    Condon & Forsyth LLP, it will move this Court for an order dismissing Frederick Marc Cooley's
8    First Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil
9    Procedure, on the grounds that Plaintiff has entered into a settlement agreement with Menzies
10   and signed a release releasing all of his claims against defendants and Menzies has paid Plaintiff
11   all settlement funds owed to him under the settlement agreement.
12   Menzies hereby attaches copies of its moving and supporting papers filed on June 28,
13   2024, as follows:
14   Exhibit "A" Notice of Motion and Motion to Dismiss (Doc No. 20)
15   Exhibit "B" Declaration of John Maggio in Support of Motion to Dismiss (Doc No. 21)
16   Exhibit "C" Request for Judicial Notice Re Motion to Dismiss (Doc No. 22)
17   Exhibit "D" Proposed Order Granting Motion to Dismiss (Doc 20-1)
18
19   Respectfully submitted by:
20
21   Dated: July 15, 2024                                CONDON & FORSYTH LLP
22
23                                                      By: /s/Jennifer J. Johnston
24                                                          JENNIFER J. JOHNSTON
                                                            JUSTIN M. SCHMIDT
25                                                          CHRISTINA V. FERREIRO
                                                            Attorneys for Defendant
26                                                          MENZIES AVIATION (USA) INC.
27
28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030