Jennifer J. Johnston (State Bar No.: 125737)
Email: jjohnston@condonlaw.com
Justin M. Schmidt (State Bar No.: 309656)
Email: jschmidt@condonlaw.com
Christina V. Ferreiro (State Bar No.: 349562)
Email: cferreiro@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
MENZIES AVIATION (USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MENZIES AVIATION (USA) INC; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE,<br><br>　　　　Defendants. | Case No. 3:24-cv-01437-AMO<br><br>**DEFENDANT MENZIES AVIATION (USA) INC.'s SECOND REQUEST FOR JUDICIAL NOTICE SUBMITTED WITH REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:　　November 7, 2024<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 10 – 19th Floor |

Defendant Menzies Aviation (USA) Inc. (hereinafter "Menzies"), by and through its attorneys, Condon & Forsyth LLP, hereby respectfully requests that pursuant to Federal Rule of Evidence 201(b) and for the reasons set forth herein, the Court take judicial notice of the following court documents from the civil docket in the Middle District Court of Florida in connection with Plaintiff's related lawsuit against Frontier Airlines, Inc. ("Frontier"):

　　1.　　Plaintiff's Complaint against Frontier Airlines, Inc., and Amer S.M. Asif, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 1, filed 2/21/2023 in the Middle District Court of Florida (attached hereto as Exhibit "A").

　　2.　　Order of Dismissal, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 20, entered

1  5/1/2023 in the Middle District Court of Florida (attached hereto as Exhibit "B").

2      3.    Plaintiff's Request to Re-Open Cases Against Dismissed Defendant Frontier
3  Airlines, Inc., and Amer S.M. Asif, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 23, filed
4  6/8/2023 in the Middle District Court of Florida (attached hereto as Exhibit "C").

5      4.    Frontier's Response in Opposition to Plaintiff's Motion to Reopen the Action,
6  Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 27, filed 6/16/2023 in the Middle District Court
7  of Florida (attached hereto as Exhibit "D").

8      5.    Minute Order Denying Plaintiff's Motion to Reopen as to Defendant Frontier
9  Airlines Inc., Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 23, entered 6/20/2023 in the Middle
10 District Court of Florida (attached hereto as Exhibit "E").

11 Menzies also requests that the Court take judicial notice of the following complaints filed
12 by Plaintiff in multiple federal district courts and the state court of California:

13     1.    Plaintiff's complaint against Solano County Sheriff's Deputies, Case No. 2:05-cv-
14 01569-DFL-JFM, filed 8/9/2005 in the District Court for the Eastern District of California
15 (attached hereto as Exhibit "F").

16     2.    Plaintiff's complaint against Daly, et. al, Case No. 2:07-cv-00720-JKS-EFB, filed
17 4/16/2007 in the District Court for the Eastern District of California (attached hereto as Exhibit
18 "G").

19     3.    Plaintiff's complaint against McNabb, et.al, Case No. 2:07-cv-00509-KJD-RJJ,
20 filed 6/13/2007 in the District Court for the District of Nevada (attached hereto as Exhibit "H").

21     4.    Plaintiff's complaint against Thompson, et. al., Case No. 2:08-cv-00976-FCD-
22 JFM, filed 5/6/2008 in the District Court for the Eastern District of California (attached hereto as
23 Exhibit "I").

24     5.    Plaintiff's complaint against Nustad, et. al., Case No. 2.08-cv-00896-RCJ-LRL,
25 filed 7/9/2008 in the District Court for the District of Nevada (attached hereto as Exhibit "J").

26     6.    Plaintiff's complaint against Marshal, et. al., Case No. 2:09-cv-00559-RLH-GWF,
27 filed 3/25/2009 in the District Court for the District of Nevada (attached hereto as Exhibit "K").

28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

7. Plaintiff's complaint against Leung, Case No. 2:10-cv-01138-RCH-RJJ, filed 7/29/2011 in the District Court for the District of Nevada (attached hereto as Exhibit "L").

8. Plaintiff's complaint against the City of Vallejo, et. al., Case No. 2:12-cv-00591-LKK-AC, filed 3/6/2012 in the District Court for the Eastern District of California (attached hereto as Exhibit "M").

9. Plaintiff's complaint against the City of Vallejo, et. al., Case No. 2:14-cv-02011-KJM-CKD, filed 8/29/2014 in the District Court for the Eastern District of California (attached hereto as Exhibit "N").

10. Plaintiff's complaint against Jacobs, et. al., Case No. BC670122, filed 7/27/2017 in the Superior Court of the State of California County of Los Angeles (attached hereto as Exhibit "O").

This Court may take judicial notice of the above court filings in connection with this Rule 12(b)(6) motion to dismiss. Generally, a court may not look beyond the four corners of the complaint, with the exception of matters incorporated into the complaint by reference and any matters subject to judicial notice. *See Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007). However, under Federal Rule of Evidence 201, a court may take judicial notice of matters of public record on 12(b)(6) motion to dismiss. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (*citing* Fed. R. Evid. 201). Thus, federal courts "may take judicial notice of court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). *See also Bonnel v. Best Buy Stores, L.P.*, 881 F. Supp. 2d 1164, 1168-69 (N.D. Cal. 2012) (taking judicial notice of documents filed in another federal district court because documents were from sources whose accuracy cannot reasonably be questioned and were a matter of public record); *Mitchell v. Cnty. of Contra Costa*, 600 F. Supp. 3d 1018, 1025-26 (N.D. Cal. 2022) (taking judicial notice of seventeen previous lawsuits filed against the defendants and prior jury verdict against one defendant which related to the underlying lawsuit).

Here, the filings between Plaintiff and Frontier in the Middle District Court of Florida, as

DEFENDANT MENZIES AVIATION (USA) INC.'S SECOND REQUEST FOR JUDICIAL NOTICE SUBMITTED WITH REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO.: 3:24-cv-01437-AMO

- 3 -

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

1  well as the ten complaints filed by Plaintiff in multiple federal district courts and the state court
2  of California, are noticeable because these court filings are matters of public record and derive
3  from sources whose accuracy cannot reasonably be questioned.  Accordingly, this Court may
4  properly take notice of the above court filings in ruling on Menzies' Motion to Dismiss.

Dated: July 18, 2024                                           CONDON & FORSYTH LLP


By: */s/ Jennifer J. Johnston*
    JENNIFER J. JOHNSTON
    JUSTIN M. SCHMIDT
    CHRISTINA V. FERREIRO
    Attorneys for Defendant
    MENZIES AVIATION (USA) INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030