# Exhibit G

1 Frederick M. Cooley

2 CCDC# 1738781, 7B-10L

3 330 S. Casino Center Dr.

4 Las Vegas, NV 89101

5

6 In Propria Persona

7

8                United States District Court

9                Eastern District Of California

10                                2 0 7 - CV - 0 7 2 0 DFL EFB PC

11 Frederick Marc Cooley,          Case No. _____

12               Plaintiff,

13

14      V.S.                       Civil Rights Complaint

15                                 Pursuant To

16 Carol A. Daly, Chair,           42 U.S.C. Section 1983

17 California Board of Prison

18 Terms, And John Doe,

19               Defendants.

20

21                Jurisdiction

22

23      1. This complaint alleges that the civil rights of Frederick

24 M. Cooley, who presently resides at 330 S. Casino Center Dr.,

25 Las Vegas, Nevada 89101, were violated by the actions of the

26 below mentioned individuals, which were directed against

27

28

**FILED**

APR 16 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1 | Plaintiff on April 17, 2006.

2 |

3 |        2. Defendant Carol A. Daly resides in Sacramento,

4 | California and is employed as the Chair of California Board of

5 | Prison Terms. This defendant is being sued in her official

6 | capacity and is responsible for developing and implementing

7 | policies and procedures for parole eligibility, parole suspension

8 | parole discharge and revocation hearings.

9 |

10 |        3. Defendant "John Doe" resides in Sacramento, California

11 | and is a employee of the California Board of Prison Terms. This

12 | defendant is being sue in his/her individual and official capacity

13 | and is responsible for taking action to suspend parolee's

14 | parole.

15 |

16 |        4. Jurisdiction is invoked pursuant to 28 U.S.C. Section

17 | 1343(a)(3) and 42 U.S.C Section 1983.

18 |

19 |        Statement of Case

20 |

21 | The California Board of Prison Terms decision to suspend Plaintiff's

22 | Parole violates the fourteeth Amendment of the United States

23 | Constitution because the Plaintiff's Parole Automically discharged

24 | early pursuant to California Penal Code section 3001 (a), when

25 | BPT failed to find good cause to return Plaintiff on parole.

26 |

27 |

28 |

②

## Supporting Facts

3. On Feb. 6, 2004, Plaintiff entered a no contest plea in Los Angeles
4. County Superior for a violation of Penal Code section 245 (A)(1) Assault
5. by means of force likely to produce great bodily injury and he
6. was sentenced to state Prison for a term of two years. On Dec. 12, 2004
7. Plaintiff was released on parole under the jurisdiction of CDC. By
8. January 15, 2005 Plaintiff had completed well over thirteen
9. months of continuous parole with no revocation terms, suspensions
10. or dead time for absconding. No good cause was found
11. by the Board of Prison Terms retain Plaintiff on parole pursuant
12. to California Penal Code 3001 (a). The Plaintiff's parole automatically
13. discharged. his parole number V-28960.

15. On April 17, 2006, Defendant "John Doe" took action and suspended
16. Plaintiff's parole for absconding pursuant to the policies and
17. procedures developed and implemented by Defendant Carol A.
18. Daly, chair, of the California Board of Prison Terms.

20. On Feb. 27, 2007, Plaintiff was booked into custody of the
21. Las Vegas Metropolitan Police Department for a California
22. parole violation warrant.

③

## Previous Lawsuits And Administrative Relief

No actions in state or federal court have been filed for the same or similar facts as involved in this action.

No actions in state or federal court have been dismissed because it was determined to be frivolous, malicious or failed to state a claim upon which relief could be granted.

No attempt to exhaust administrative remedies have been made because the California Board of Prison Terms do not have an administrative appeal process.

## Request For Relief

Plaintiff is seeking injunctive relief, directing the defendants to discharge Plaintiff off parole and release him immediately.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

4/12/07

Frederick M. Carlyle