# Exhibit I



**FILED**

MAY 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Frederick Marc Cooley 1013578
(Name of Plaintiff)

P.O. Box 650
(Address of Plaintiff)

Indian Springs, NV 89070

08-CV-976 FCD JFM P
(Case Number)

vs.

Geraldine Thompson

C. Wells

John or Jane Doe
(Names of Defendants)

COMPLAINT

Demand For Jury Trial

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:   ☑ Yes   ☐ No

    B. If your answer to A is yes, how many?: __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

       1. Parties to this previous lawsuit:

          Plaintiff Frederick Marc Cooley

          Defendants R. Mcnabb, et al

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

3

2. Court (if Federal Court, give name of District; if State Court, give name of County)

    United States District Court, District of Nevada

3. Docket Number  2:07-CV-00509-KJD-RJJ

4. Name of judge to whom case was assigned  Kent Dawson/Robert J. Johnston

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
    Case still pending

6. Approximate date of filing lawsuit  April 7, 2007

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

    A. Is there a grievance procedure available at your institution?    ☐ Yes    ☐ No

    B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                         ☐ Yes    ☐ No
        If your answer is no, explain why not _____

    C. Is the grievance process completed?                              ☐ Yes    ☐ No

III. Defendants

    (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A. Defendant Geraldine Thompson is employed as California Dept. of Corrections Parole Unit Supervisor at 1840 Capitol St. Vallejo, Ca 94590, Solano County.
    B. Additional defendants Defendant Dept. of Corrections, Parole Officer C. Wells at 1840 Capitol St. Vallejo, Ca 94590, Solano County. Defendant John or Jane Doe is employed as a Cal. Board of Prison Terms as Parole Board Commissioner in Sacramento, Ca.

4

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On 2/6/04, Plaintiff Frederick Marc Cooley, was sentenced to a two year prison term by the Los Angeles County Superior Court for the violation of Penal Code section 245(A)(1). On 12/12/04, Plaintiff was released on parole. On 12/8/05 John or Jane Doe, Defendant a Cal. Board of Prison Terms Parole Board Commissioner violated the Plaintiff's state created constitutionally protected liberty interest guaranteed by the Due Process Clauses of the U.S. Constitution, by deciding to retain Plaintiff on parole four days before he was to have completed one year of continuous parole contrary to Cal. Penal Code section 3001(a) and Cal. Admin. Code, title 15 section 2535(b). When the Board failed to act to retain Plaintiff on parole within the specified time frame (See Extra Sheets Attached)

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff requests injunctive relief directing defendants to discharge Plaintiff off parole and quash the outstanding no bail fugitive warrant immediately. Plaintiff also requests compensatory and punitive damages.

Signed this 28 day of April, 20 08.

_Frederick M. Cooley_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4/28/08
(Date)

_Frederick M. Cooley_
(Signature of Plaintiff)

5

Set by Penal Code section 3001(a) and Cal. Admins Code, title 15 Section 2535(b), the Plaintiff's parole discharged by operation of law January 11, 2006.

On 4/11/06, Defendant C. Wells, a Cal. Dept. of Corrections, Parole officer, unlawfully attempted a home visit at the Plaintiff's address with negative results. Defendant C. Wells reported that he spoke with the Plaintiff's father Frederick Cooley Senior who communicated that Plaintiff was not home. Defendant C. Wells left a business card with instructions for Plaintiff to report immediately.

Plaintiff's Father Frederick Cooley Senior communicated to him that evening, that Defendant C. Wells had visited earlier that day and during their conversation Defendant C. Wells communicated to Plaintiff's father that the Plaintiff tested positive for illegal drugs and that the Plaintiff was to report to Defendant C. Wells office immediately or he would issue a warrant for his arrest.

Plaintiff's father also advised Plaintiff that he could no longer reside in his home due to him engaging in drugs according to his conversation with Defendant C. Wells and that Plaintiff would have to pack his belongings and move out at that time. Plaintiff moved out and has not spoken to his

father since.

Defendant C. Wells' parole violation report states that the Plaintiff failed to report as directed and on 4/17/06, the Cal. Board of Prison Terms took action suspending Plaintiff's parole. On 4/25/06, Defendant C. Wells spoke with Plaintiff's father and according to the violation report Plaintiff's father communicated to defendant C. Wells that he had not seen Plaintiff. On 5/5/06 a parolee at large report was submitted by defendant C. Wells according to the violation report a fugitive warrant was issued for the Plaintiff's arrest.

On 2/27/07, Plaintiff was arrested in Las Vegas, Nevada and booked in the Clark County Detention Center for the Cal. Dept. of Corrections no bail fugitive warrant #W990442897 and local Las Vegas charges.

On March 1, 2007, a parole hold was lodged against the Plaintiff. On 3/3/07, Defendant C. Wells recommended to his supervisor Defendant Geraldine Thompson to retain the parole hold. On 3/5/07, Defendant Geraldine Thompson made a decision to retain the parole hold.

On 3/26/08, Plaintiff exhausted his state court remedies and the California Supreme Court denied his petition for writ of habeas corpus, case #S161360.