# Exhibit J

Frederick Marc Cooley
**Name**

P.O. Box 650

Indian Springs, NV 89070
**Address**

# 1013578
**Prison Number**

___ FILED   ✓ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL /PARTIES OF RECORD

2008 JUL -9  P 2: 12

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Frederick Marc Cooley,
                Plaintiff,

vs.

Nustad,

Zimmerman,

John Doe,

_____,

_____,
           Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

# 2:08-cv-00896-RCJ-LRL

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

Jury Trial Demand

### A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, Frederick M. Cooley
                                                (print Plaintiff's name)

who presently resides at High Desert State Prison, were
                 (mailing address or place of confinement)
violated by the actions of the below named individuals which were directed against

Plaintiff at High Desert State Prison on the following dates
              (institution/city where violation occurred)

2/1/08 to 2/10/08, _____, and _____.
  (Count I)                (Count II)              (Count III)

**Make a copy of this page to provide the below
information if you are naming more that five (5) defendants**

2) Defendant _____Nustad_____ resides at ___Indian Springs, NV___,
           (full name of first defendant)          (address of first defendant)

and is employed as _Senior Correctional Officer_. This defendant is sued in his/her
            (defendant's position and title, if any)

_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _Defendant was on duty as a Nevada Department_
_of Corrections Senior Officer at all times mentioned_.

3) Defendant _____Zimmerman_____ resides at ___Indian Springs, NV___,
           (full name of first defendant)          (address of first defendant)

and is employed as _Correctional Officer_. This defendant is sued in his/her
            (defendant's position and title, if any)

_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _Defendant was on duty as a Nevada Department_
_of Corrections, Correctional Officer at all times mentioned_.

4) Defendant _____John Doe_____ resides at ___Indian Springs, NV___,
           (full name of first defendant)          (address of first defendant)

and is employed as _Correctional Officer_. This defendant is sued in his/her
            (defendant's position and title, if any)

_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _Defendant was on duty as a Nevada Department_
_of Corrections, Correctional Officer at all times mentioned_.

5) Defendant _____ resides at _____,
           (full name of first defendant)          (address of first defendant)

and is employed as _____. This defendant is sued in his/her
            (defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____.

§1983-Form
eff. 1/97

6) Defendant _____ resides at _____ ,
        (full name of first defendant)        (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
        (defendant's position and title, if any)
__ individual __ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)     Briefly state the background of your case.

Defendant's Nustad, Zimmerman, and John Doe attempted to serve Plaintiff bird tainted and cross-contaminated food. Defendants refused to serve plaintiff food under conditions which did not pose an immediate danger to his health and well being from February 1, 2008 to February 10, 2008

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

# COUNT I

**The following civil rights has been violated:** Plaintiff's rights guaranteed by the Eigth Amendment of the United States Constitution have been violated.

**Supporting Facts:** [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On February 1, 2008 at evening meal, plaintiff observed one of approximately three domestic birds that nested in High Desert State Prison 1A Housing Unit flying over, walking and feeding on food that was to be served to prisoners housed in the unit. The food was left unattended by Defendant Zimmerman who plaintiff attempted to notify by alerting the tower officer defendant Nustad via cell call button and yelling out his cell door. Plaintiff specifically notified defendant John Doe a unknown black correctional officer who refused to disclose his identity, that birds had tainted the food. Defendant John Doe ask plaintiff if he wanted his food tray that defendant John Doe attempted to pass him through Plaintiff's cell door food port. Plaintiff rejected the food. Defendant John Doe continued to serve the bird tainted food to prisoners. Plaintiff communicated to defendants Nustad and Zimmerman that not only was the food tainted by birds, the food was also cross-contaminated by the use of a unsanitized food service area and carts used for serving food, collecting food trays and collecting shaving razors at shower time. Defendants refused to sanitize and Plaintiff did not eat at meal from 2/1/08 to 3/10/08 because of the unsanitary conditions

# COUNT II

4

The following civil rights has been violated: _____

_____

_____

     Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  ___ Yes  √ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

6

a) Defendants: _____

b) Name of court and docket number: _____

c) Disposition (for example, was the case dismissed , appealed or is it still pending?):

_____

d) Issues raised: _____

_____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes   ✓ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): _____ frivolous
____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): _____ frivolous

_____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): _____ frivolous
_____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the
proper administrative officials, e.g., have you exhausted available administrative grievance
procedures? ✓ Yes _____ No. If your answer is "No", did you not attempt administrative
relief because the dispute involved the validity of a: (1) _____ disciplinary hearing; (2) _____
state or federal court decision; (3) _____ state or federal law or regulation; (4) _____ parole
board decision; or (5) _____ other _____
If your answer is "Yes", provide the following information. Grievance Number 20062725328
20062735129
Date and institution where grievance was filed High Desert State Prison 2/11/08 .

Response to grievance: The grievance was rejected as an
improper grievance stating it lacks standing. Grievances
are attached _____

_____

- - - - - - - - - - - - - - - - - - -

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Compensatory damages in the amount of five
thousand dollars ($5,000.00). Punative damages
in the amount of ten thousand dollars ($10,000.00).

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

Frederick M. Cook
(Signature of Plaintiff)

7/3/08
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

9

# NEVADA DEPARTMENT OF CORRECTIONS

## MEMORANDUM

TO: Frederick Cooley #1013578

FROM: Grievance Coordinator

DATE: 6-19-2008

SUBJECT: Improper Grievance       Log #: 20062735129

The attached grievance is being returned to you for the following reason(s):

- [ ] Non-grievable issue.
  - [ ] State and federal court decision.
  - [ ] State, federal and local laws and regulations.
  - [ ] Parole Board decision.
  - [x] Lacks standing. No new info from when 20062725328 as not accepted for this reason as well.
- [ ] Untimely submission.
- [ ] No remedy noted.
- [ ] Abuse of Inmate Grievance Procedure.
  - [ ] Any language, writing or illustration deemed to be obscene, profane or derogatory.
  - [ ] A threat of serious bodily injury to a specific individual.
  - [ ] Specific claims or incidents previously filed by the same inmate.
  - [ ] More than four (4) unfounded, frivolous or vexatious grievances per month.
  - [ ] Allegations proven to be false.
- [ ] The grievance contains more than one incident, issue, etc.
- [x] Other: Did not submit completed Administrative Claim Form (DOC 3095) per AR 740.1.4.3.2

You may re-submit your grievance after correcting the above deficiencies. Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

_____  7-1-08     _____  7/1/08
Witness Signature    Date       Inmate Signature     Date

cc:    Original – Inmate, Copy - Grievance File

DOC-3098 (10/03)

Log Number 2006 27 35129

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Cooley                          I.D. NUMBER: 1013578

INSTITUTION: HDSP          UNIT: 6B33

GRIEVANT'S STATEMENT: From 2/1/08 to 2/10/08 I had not ate a meal because of 1A housing units unsanitary conditions specifically the serving of bird tainted food which was cross-contaminated by the use of a unsanitized food service area and carts used for serving food, collecting used food trays and collecting used shaving razors

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: Frederick M. Cooley  DATE: 5/28/08 TIME: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 6/3/08 TIME: 7pm

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

RECEIVED
JUN 0 3 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Cooley_        I.D. NUMBER: _1013578_

INSTITUTION: _HDSP_        UNIT #: _6B33_

GRIEVANCE #: _20062725328_    GRIEVANCE LEVEL: _Informal_

GRIEVANT'S STATEMENT CONTINUATION:    PG. _2_    OF _3_

at shower time. Unit officers continued to serve meals
under these conditions even after acknowledging that
I refused every meal served in the unit due to the
lack of sanitation. This is an attempt to exhaust
my administrative remedies pursuant to the
Prison litigation Reform Act (PLRA) 42 U.S.C Section
1997 e ( ). I am requesting that I be compensated
by being paid a total of $5,000 for the failure
of Unit officers failing to sanitize properly before
serving meals specifically Senior Officer Nustad. I have
a constitutionally guaranteed Eigth Amendment
right to be served nutritional meals under conditions
that do not pose a immediate danger to my health
and well being. This is notification of my
intentions to file a 42 U.S.C. section 1983 civil
claim against Senior Officer Nustad. Senior Officer

Original:      Attached to Grievance
Pink:         Inmate's Copy

RECEIVED
JUN 0 3 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC – 3097 (01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Cooley_                    I.D. NUMBER: _1013578_

INSTITUTION: _HDSP_               UNIT #: _6B33_

GRIEVANCE #: _20062725328_       GRIEVANCE LEVEL: _Informal_

GRIEVANT'S STATEMENT CONTINUATION:    PG. _3_   OF _3_

Nustad was fully aware that approximately three
domestic birds nested in the ceiling of unit 1A when
on Feb. 1, 2008 I communicated to Senior Officer Nustad
and two other officers that observed the birds flying
over, walking and feeding on the food that was being
served to the unit. The food was served to inmates
housed to the unit Knowingly by officers in
violation of A.R. 720. Eating under these conditions
was not acceptable and was the result of me not
eating for ten days especially after I was sick for
two weeks upon my arrival here at HDSP 1/16/08
where I was provided inadequate medical attention.

Original:     Attached to Grievance
Pink:         Inmate's Copy

RECEIVED
JUN 03 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS

## MEMORANDUM

TO:      Cooley, Fredrick #1013578

FROM:   J. Henson

DATE:   May 16, 2008

SUBJECT:   Improper Grievance 20062725328

The attached grievance is being returned to you for the following reason(s):

[ ] Non-grievable issue.

    [ ] State and federal court decision.

    [ ] State, federal and local laws and regulations.

    [ ] Parole Board decision.

    [X] Lacks standing.

[ ] Untimely submission.

[X] No remedy noted.

[ ] Abuse of Inmate Grievance Procedure.

    [ ] Any language, writing or illustration deemed to be obscene, profane or derogatory.

    [ ] A threat of serious bodily injury to a specific individual.

    [ ] Specific claims or incidents previously filed by the same inmate.

    [ ] More than four (4) unfounded, frivolous or vexatious grievances per month.

    [ ] Allegations proven to be false.

[ ] The grievance contains more than one incident, issue, etc.

[X] Other; specify.
    You failed to attach the response to the first informal grievance that you submitted on this same issue. You may resubmit with necessary documents attached.

_____ 5/28/08    _____ 5/28/08
Witness Signature      Date      Inmate Signature      Date

cc:   Original – Inmate      Copy - Grievance File

RECEIVED
JUN 0 3 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC-3098 (10/03)

Log Number 2006~3705035

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Cooley                    I.D. NUMBER: 1013578

INSTITUTION: HDSP              UNIT: 4A19

GRIEVANT'S STATEMENT: From 2/1/08 to 2/10/08 I did not ate a meal because of

1A housing unit's unsanitary conditions specifically the serving of burd turrited

which was cross-contaminated by the use of a unsanitized food service

area and carts used for serving food, collecting used food trays, and

collecting used shaving razors at shower time. Unit officers continued

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: Frederick M. Cooley    DATE: 4/15/08 TIME: _____

GRIEVANCE COORDINATOR SIGNATURE: _____    DATE: 4/16/08 TIME: 7 pm

GRIEVANCE RESPONSE: _____

CASEWORKER SIGNATURE: _____    DATE: _____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____    DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES _____    5/28/08

INMATE SIGNATURE: _____    DATE: _____

**FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.**

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
JUN 0 3 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Cooley_  I.D. NUMBER: _1013578_

INSTITUTION: _HDSP_  UNIT #: _4A19_

GRIEVANCE #: _20062705035_  GRIEVANCE LEVEL: _III_

GRIEVANT'S STATEMENT CONTINUATION: PG. _2_ OF _2_

To serve meals under these conditions even after acknowledging that I refused every meal served in the unit due to the lack of sanitation. This is an attempt to exhaust my administrative remedies pursuant to the Prison Litigation Reform Act (PLRA).

Original: Attached to Grievance
Pink: Inmate's Copy

DOC – 3097 (01/02)

Case 2:08-cv-00806-RCJ-VPC Document 13 Filed 07/30/2008 Page 18 of 18

This is a deliberate indifference to the conditions of my confinement because Senior officer knows I will not eat the bird tainted contaminated food.

Log Number ~~200629705225~~

## NEVADA DEPARTMENT OF CORRECTIONS
### INFORMAL GRIEVANCE

NAME: Cooley     I.D. NUMBER: 1013578

INSTITUTION: HDSP     UNIT: _____

GRIEVANT'S STATEMENT: I have not eaten a meal since 2/1/08 because of 1A housing unit unsanitary conditions specifically the serving of bird tainted food which is cross-contaminated by the use of unsanitized food service area and carts used for serving food, collecting used food trays, and collecting used shaving razors at shower time. Officers continue to serve meals under these conditions knowingly.

SWORN DECLARATION UNDER PENALTY OF PERJURY    2/7/08

INMATE SIGNATURE: _____ DATE: 2/5/07 TIME: ___

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 2/5/08 TIME: 9:50

GRIEVANCE RESPONSE: _____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____ RECEIVED

APR 1 6 2008

H.D.S.P. - AWP

___ INMATE AGREES ___✓___ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 4/15/08

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

RECEIVED
FEB 1 1 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
JUN 0 3 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC 3091 (12 / 01)

I was told by Senior officer Mustad that I was being kept in the high lavit
for entire Case 2:08-cv-00234-JWO-LRH Document 33-13 Filed 07/11/08 Page 18 of 18 ation
on Feb.5, 2008. This is a deliberate indifference to the Conditions of my Confinement
because Senior Officer Mustad knows I will not eat the bird tainted contaminated
food.

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Cooley | 1013578 | 1A33 | 2/7/08 |

4.) REQUEST FORM TO: (CHECK BOX)

| | | | |
|---|---|---|---|
| __ CASEWORKER | __ MEDICAL | __ MENTAL HEALTH | __ CANTEEN |
| __ EDUCATION | __ VISITING | __ LAW LIBRARY | __ DENTAL |
| __ LAUNDRY | __ PROPERTY ROOM | __ SHIFT COMMAND | |
| | | __ OTHER _____ | |

RECEIVED

FEB 11 2008

H.D.S.P. AWO OFFICE

5.) NAME OF INDIVIDUAL TO CONTACT: Warden, Associate Warden, Captain W. Liverani

6.) REQUEST: ( PRINT BELOW) I have not consumed a meal served in HDSP 1A housing unit since dinner
time Feb.1, 2008, due to correctional officers knowingly serving bird tainted food and also serving meals on
contaminated and/or cross-contaminated cart used for collecting dirty trays and used for shaving razors at
shower time. The cart is never disinfected. All senior officers assigned to 1A housing unit have been put
on notice that I refuse all meals served in the unit and why, yet they continue to serve meals under
conditions that present an immediate danger to my health and well-being. On 2/4/08, I was seen
by a doctor for a unrelated reason. My blood pressure registered at 167/104 due to being upset and
hungry. I am requesting that meal serving practices be changed, so I can eat.

7.) INMATE SIGNATURE _____ DOC # 1013578

8.) RECEIVING STAFF SIGNATURE _____ DATE 2.19.08

## 9.) RESPONSE TO INMATE

You are now housed in unit 4. This resolves your issue

10.) RESPONDING STAFF SIGNATURE _____ DATE 2.15.08

DOC – 3012 (REV. 7/01)