# Exhibit K

Frederick Marc Cooley
Name
P.O. Box 66
3603 Las Vegas BLVD. North Suite 116
Las Vegas NV 89115
Prison Number

FILED        RECEIVED
              SERVED ON

2009 MAR 25  A 10: 34

DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Frederick Marc Cooley,  )
                    Plaintiff,  )
                                )     2:09-cv-00559-RLH-GWF
vs.                             )
                                )
J. Marshal, P#8462.             )
                                )
T. Mungie, P#9334.              )
                                )     **CIVIL RIGHTS COMPLAINT**
_____.       )     **PURSUANT TO**
                                )     **42 U.S.C. § 1983**
_____.       )
                                )     Demand For Jury Trial
_____.       )
                    Defendant(s). )

### A. JURISDICTION

1)     This complaint alleges that the civil rights of Plaintiff, Frederick Cooley.
                                                        (Print Plaintiff's name)

who presently resides at _____, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Las Vegas, Nevada _____ on the following dates
            (institution/city where violation occurred)

March 13, 2009 , _____ , and _____.
    (Count I)              (Count II)              (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant ~~I. Marshal, P# 8462~~ resides at ~~Las Vegas, NV~~ ,
            (full name of first defendant)                    (address if first defendant)
and is employed as ~~Las Vegas Metropolitan Police Officer~~ This defendant is sued in his/her
                    (defendant's position and title, if any)
   ✓ individual ____ official capacity. (Check one or both).  Explain how this defendant was acting

under color of law: ~~Defendant was on duty as a Las Vegas Metropolitan
Police Dept. Officer at all times mentioned~~

3) Defendant ~~I. Mungie, P# 9334~~ resides at ~~Las Vegas, NV~~ ,
            (full name of first defendant)                    (address if first defendant)
and is employed as ~~LVMP Officer~~ . This defendant is sued in his/her
                    (defendant's position and title, if any)
   ✓ individual ____ official capacity. (Check one or both).  Explain how this defendant was acting

under color of law: ~~Defendant was on duty as a Las Vegas
Metropolitan Police Officer at all times mentioned~~

4) Defendant _____ resides at _____ ,
            (full name of first defendant)                    (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                    (defendant's position and title, if any)
   ___ individual ____ official capacity. (Check one or both).  Explain how this defendant was acting

under color of law: _____
_____

5) Defendant _____ resides at _____ ,
            (full name of first defendant)                    (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                    (defendant's position and title, if any)
   ___ individual ____ official capacity. (Check one or both).  Explain how this defendant was acting

under color of law: _____
_____

2

6) Defendant _____ resides at _____,
            (full name of first defendant)                (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
              (defendant's position and title, if any)
___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish
to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)     Briefly state the background of your case.

On March 13, 2009, defendants J. Marshal and
J. Mungie conspired to conduct a suspicionless
pat search of Plaintiffs person thanfalsely arrested
and imprisoning him. Plaintiff was imprisen five
consecutive day and was subsequently released on
March 17, 2009 due to the charges of failing to
obey pedestrian signal were denied

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT ONE

Plaintiff's right guaranteed by the Fourth Amendment of the United States Constitution not to be unreasonably searched and seized was violated.

## SUPPORTING FACTS

On March 13, 2009, at approximately 12:30 a.m. the plaintiff was walking east bound Fremont Street in Las Vegas, Nevada. As the plaintiff approached the intersection of Fremont Street and Maryland Parkway, the traffic and pedestrian signals were green and the plaintiff proceeded to walk in the crosswalk and walked across Maryland Parkway on Fremont Street. As the plaintiff approached the curb he observed two Las Vegas Metropolitan Police Officers later identified as J. Marshal P#8462 and T. Mungie P#9334, riding mountain bikes, west bound on Fremont Street towards Maryland Parkway. The officers conducted a pedestrian stop on plaintiff by activating their police lights. The officers dismounted their bikes and approached plaintiff. Officer J. Marshal P#8462 ordered plaintiff to place his hands behind his back. The plaintiff complied. Officer J. Marshal P#8462 then placed handcuffs on the plaintiff and conducted a pat search of his person. The plaintiff then asked the officers why he was being arrested. Officer T. Mungie P#9334 advised plaintiff that he was being arrested for failing to obey a traffic signal. The plaintiff communicated to officers J. Marshal and T. Mungie that he crossed the street on a green pedestrian light and that he did obeyed the traffic signal. The plaintiff was placed in a Las Vegas Metropolitan Police van where plaintiff could see that the pedestrian lights that could seen west on Fremont Street were

## COUNT TWO

Plaintiff's right guaranteed by the Fourth Amendment of the United States Constitution not to be falsely arrested was violated.

## SUPPORTING FACTS

defective, specifically the pedestrian lights would not change green when the traffic lights turned green, where pedestrian lights remained red.  The plaintiff communicated to the officers that the pedestrian lights were defective.  The officers investigated and confirmed the plaintiff's observations but had plaintiff transported to the Las Vegas City Jail and booked in for the violation of NRS. 484.325.4.  The plaintiff was incarcerated for five consecutive days and subsequently released from custody on March 17, 2009, due the charges being denied.

## COUNT THREE

Plaintiff's right guaranteed by the Fourth Amendment of the United States Constitution not to be falsely imprisoned was violated.

## SUPPORTING FACTS

See counts one and two for supporting facts.

## PREVIOUS LAWSUITS

No other actions have been filed by the plaintiff in state or federal courts involving the same or similar facts as involved in this action.

outline).

a) Defendants: _____

b) Name of court and docket number: _____

c) Disposition (for example, was the case dismissed , appealed or is it still pending?):
_____

d) Issues raised: _____
_____
_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____
_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.