FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>Plaintiff,<br><br>v.<br><br>MENZIES AVIATION (USA) INC.; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE;<br><br>Defendant. | No. 3:24-cv-01437-AMO<br><br>DECLARATION OF PLAINTIFF FREDERICK MARC COOLEY IN SUPPORT OF HIS NOTICE AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |

I, Frederick Marc Cooley, in pro se, hereby declare to the following statements:

1. I am the Plaintiff name in the above-entitled action.

2. The reason why I am seeking to amend my complaint a second time is because during the course of my research of case law I overlooked party liability and came to legal conclusion that Menzies Aviation (USA) Inc. was the sole liable party for breaching the verbal agreement to make a payment to me within 30 days after returning a general release.

1

3. Further research I discovered that under California state law the actions and inactions of Menzies attorney John Maggio described in my first amended complaint are causes of action for Fraudulent Inducement and Fraudulent Misrepresentation.

4. Under California law, a lawyer who makes a fraudulent misrepresentation is subject to liability. *Freeman v. Freeman v. Brutzkus,* (2010) 182 Cal. App. 4th 1065.

5. The amendment is necessary and proper so Mr. Maggio can be on notice of his liability and allow me to ventilate my grievances through the litigation process.

6. I am not seeking amendment of my complaint to cause undue delay or any improper reason.

7. Menzies nor any of the named or unnamed defendants will be prejudiced to the proposed SAC.

8. The amendment is not futile and clearly states sufficient facts to allege causes of action for Fraudulent Inducement and Fraudulent Misrepresentation.

I declare under penalty of perjury under laws of the United States of America that the foregoing statements are true and correct.

Date 7/23/24

Frederick M. Cooley

DECLARANT

2