1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  Christina V. Ferreiro (State Bar No. 349562)
   Email: cferreiro@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
5  Los Angeles, California 90067
   Telephone: (310) 557-2030
6  Facsimile:  (310) 557-1299

7  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 FREDERICK MARC COOLEY,            ) Case No. 3:24-cv-01437-AMO
                                     )
13         Plaintiff,                ) **NOTICE OF APPEARANCE**
                                     )
14     vs.                           )
                                     )
15 MENZIES AVIATION (USA) INC; AMER SM)
   ASIF; WILLIAM REVIS; JOHN DOE; JANE )
16 DOE,                              )
                                     )
17         Defendants.               )
                                     )
18 _____  )

19 TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

20     PLEASE TAKE NOTICE THAT Justin M. Schmidt and Christina V.

21 Ferreiro of Condon & Forsyth LLP, 1901 Avenue of the Stars, Suite 1050, Los

22 Angeles, California 90067, hereby enter an appearance on behalf of defendant

23 Menzies Aviation (USA) Inc. in the above-captioned matter.

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: July 31, 2024 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: */s/ Jennifer J. Johnston* |
| 4 | | JENNIFER J. JOHNSTON<br>JUSTIN M. SCHMIDT |
| 5 | | CHRISTINA V. FERREIRO<br>Attorneys for Defendant |
| 6 | | MENZIES AVIATION (USA) INC. |
| 7 | 4871-6085-7517, v. 1 | |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

NOTICE OF APPEARANCE
CASE NO.: 3:24-cv-01437-AMO

- 2 -