1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  Christina V. Ferreiro (State Bar No.: 349562)
   Email: cferreiro@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
5  Los Angeles, California 90067
   Telephone: (310) 557-2030
6  Facsimile: (310) 557-1299

7  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  FREDERICK MARC COOLEY,           )  Case No. 3:24-cv-01437-AMO
                                     )
13          Plaintiff,                )  **SECOND RE-NOTICE OF MOTION OF
                                     )  DEFENDANT MENZIES AVIATION
14      vs.                          )  (USA) INC. TO DISMISS PLAINTIFF'S
                                     )  FIRST AMENDED COMPLAINT
15  MENZIES AVIATION (USA) INC; AMER SM)  PURSUANT TO RULE 12(b)(6) OF THE
    ASIF; WILLIAM REVIS; JOHN DOE; JANE )  FEDERAL RULES OF CIVIL
16  DOE,                             )  PROCEDURE**
                                     )
17          Defendants.               )  Date:   August 29, 2024
                                     )  Time:   2:00 p.m.
18                                   )  Place:  Courtroom 10 - 19th Floor
                                     )
19  _____  )

20  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF PRO PER:

21          PLEASE TAKE NOTICE THAT:

22          Plaintiff Frederick Marc Cooley has filed a Proof of Service with this Court claiming that

23  he served defendant Menzies Aviation (USA) Inc. with a Summons and First Amended

24  Complaint on June 7, 2024; and

25          On June 28, 2024, defendant Menzies Aviation (USA) Inc. ("Menzies") filed its Motion

26  to Dismiss pursuant to Rule 12(b)(6), in lieu of filing an answer, and set it for hearing on the

27  calendar of the assigned magistrate judge, Magistrate Judge Sallie Kim, on August 5, 2024, at

28  9:30 am; and

1  On June 29, 2024, plaintiff filed his consent to having a magistrate judge conduct all
2  further proceedings; and

3  On July 3, 2024, Menzies filed its consent to having a magistrate judge conduct all
4  further proceeding; and

5  On July 8, 2024, this Court reassigned this case to United States District Judge Araceli
6  Martinez-Olguin because certain former employees of Menzies named in the complaint have not
7  appeared and consented to a magistrate judge; and

8  The Order Reassigning Case stated that motions must be re-noticed before the judge to
9  whom the case is reassigned; and

10  On July 15, 2024, Menzies, re-noticed its Motion to Dismiss and set it for November 7,
11  2024, at 2:00 pm, which was the earliest date available on the Court's docket according to Judge
12  Martinez-Olguin's online calendar, which stated there were no hearing dates available until
13  November; and

14  Subsequently, on July 23, 2024, after all briefing on Menzies' Motion to Dismiss was
15  complete, Mr. Cooley filed a Notice of Motion and Motion for Leave to File a Second Amended
16  Complaint and set his motion for hearing on August 29, 2024, prior to the hearing on Menzies'
17  Motion to Dismiss; and

18  Oppositions to Mr. Cooley's Motion for Leave to File a Second Amended Complaint are
19  due August 6, 2024; and

20  As Menzies has not appeared in this matter by answer but has only filed a Motion to
21  Dismiss Mr. Cooley's First Amended Complaint, it does not have standing to file an opposition
22  to Mr. Cooley's Motion for Leave to File a Second Amended Complaint; and

23  Menzies' Motion to Dismiss and Mr. Cooley's Motion for Leave to File a Second
24  Amended Complaint involve the same issues of law and fact;

25  Menzies, therefore, respectfully requests that, in the interest of judicial economy and
26  swift resolution of the issues, both motions be set for hearing on the same date.  No party will be
27  prejudiced by having Menzies' Motion to Dismiss heard simultaneously with Mr. Cooley's
28  Motion for Leave to file a Second Amended Complaint.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

1    Menzies hereby attaches copies of its moving and supporting papers filed on June 28,
2    2024, Mr. Cooley's opposition papers, and Menzies' reply as follows:
3       Exhibit "A" Notice of Motion and Motion to Dismiss (Doc 20)
4       Exhibit "B" Declaration of John Maggio in Support of Motion to Dismiss with exhibits
5    (Doc 21 and Docs 21-1 through 21-8)
6       Exhibit "C" Request for Judicial Notice Re Motion to Dismiss (Doc 22)
7       Exhibit "D" Proposed Order Granting Motion to Dismiss (Doc 20-1)
8       Exhibit "E" Plaintiff's Opposition to Menzies Aviation (USA) Inc.'s Motion to Dismiss
9    His First Amended Complaint Pursuant to Rule 12(b)(6) (Doc 28)
10      Exhibit "F" Declaration of Frederick Marc Cooley in Support of His Opposition to
11   Menzies Aviation (USA) Inc. Motion to Dismiss Pursuant to FRCP Rule 12(b)(6) (Doc 28-1)
12      Exhibit "G" Reply of Menzies Aviation (USA) Inc. in Support of Motion to Dismiss
13   Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil
14   Procedure (Doc 31)
15      Exhibit "H" Declaration of Jennifer J. Johnston Submitted with Reply in Support of
16   Defendant Menzies Aviation (USA) Inc.'s Motion to Dismiss Plaintiff's First Amended
17   Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc 32)
18      Exhibit "I" Defendant Menzies Aviation (USA) Inc.'s Second Request for Judicial Notice
19   Submitted with Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint and
20   exhibits (Doc 33 and Docs 33-1 through 33-15)
21      Respectfully submitted by:

23   Dated: August 6, 2024                    CONDON & FORSYTH LLP

25                                            By: /s/Jennifer J. Johnston
26                                                JENNIFER J. JOHNSTON
                                                  JUSTIN M. SCHMIDT
27                                                CHRISTINA V. FERREIRO
                                                  Attorneys for Defendant
                                                  MENZIES AVIATION (USA) INC.

SECOND RE-NOTICE OF MOTION AND MOTION TO
DISMISS OF DEFENDANT MENZIES AVIATION (USA) INC.   - 3 -
CASE NO.: 3:24-cv-01437-AMO