# EXHIBIT H

| | |
|---|---|
| 1 | Jennifer J. Johnston (State Bar No.: 125737)<br>Email: jjohnston@condonlaw.com |
| 2 | Justin M. Schmidt (State Bar No.: 309656)<br>Email: jschmidt@condonlaw.com |
| 3 | Christina V. Ferreiro (State Bar No.: 349562)<br>Email: cferreiro@condonlaw.com |
| 4 | CONDON & FORSYTH LLP<br>1901 Avenue of the Stars, Suite 1050 |
| 5 | Los Angeles, California 90067<br>Telephone: (310) 557-2030 |
| 6 | Facsimile: (310) 557-1299 |
| 7 | Attorneys for Defendant<br>MENZIES AVIATION (USA) INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK MARC COOLEY, | ) | Case No. 3:24-cv-01437-AMO |
| Plaintiff, | ) ) ) | **DECLARATION OF JENNIFER J. JOHNSTON SUBMITTED WITH** |
| vs. | ) ) | **REPLY IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA) INC.'S** |
| MENZIES AVIATION (USA) INC; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE, | ) ) ) ) | **MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL** |
| Defendants. | ) ) | **PROCEDURE** |
| | ) ) ) | Date: November 7, 2024<br>Time: 2:00 p.m.<br>Place: Courtroom 10 - 19th Floor |

I, Jennifer J. Johnston, declare as follows:

1. I am a member of the law firm of Condon & Forsyth LLP, attorneys for Menzies Aviation (USA) Inc. in the above-entitled matter. I am submitting this declaration with Menzies' reply in support of its motion to dismiss. I have personal knowledge of the matters stated in this declaration.

2. Christina Ferreiro is an associate attorney with Condon & Forsyth LLP. She has conducted legal research related to this motion to dismiss and drafted the moving and reply and supporting papers for Menzies' motion to dismiss.

---

DECLARATION OF JENNIFER J. JOHNSTON SUBMITTED
WITH REPLY IN SUPPORT OF MOTION TO DISMISS OF
DEFENDANT MENZIES AVIATION (USA) INC.
CASE NO.: 3:24-cv-01437-AMO

3. I have supervised Ms. Ferreiro's work by instructing her on relevant arguments, reviewing and revising the motion and reply and supporting papers, reviewing plaintiff's opposition and assisting in the research and review of other lawsuits filed by plaintiff.

4. My time is billed at the rate of $505 per hour. Ms. Ferreiro's time is billed at the rate of $235 per hour.

5. I have reviewed Condon & Forsyth LLP's billing records for this matter. Ms. Ferreiro has spent 40 hours conducting legal research and drafting the motion and reply and supporting papers. I have spent 27 hours instructing Ms. Ferreiro and reviewing and revising the motion and reply and supporting papers, reviewing plaintiff's opposition and assisting in the research and review of other lawsuits.

6. Ms. Ferreiro has billed a total of $9,400 in fees in connection with this motion to dismiss and I have billed a total of $13,635 in fees.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July 2024.

_____
Jennifer J. Johnston

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

DECLARATION OF JENNIFER J. JOHNSTON SUBMITTED WITH REPLY IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT MENZIES AVIATION (USA) INC.
CASE NO.: 3:24-cv-01437-AMO

- 2 -