UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MENZIES AVIATION (USA) INC., et al.,<br><br>    Defendants. | Case No. 24-cv-01437-AMO<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TERMINATING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. Nos. 20, 34 |

Before the Court are Defendants' Motion to Dismiss Plaintiff's first amended complaint, ECF 20, and Plaintiff's motion for leave to file a second amended complaint, ECF 34. Because Defendants have filed no response to the motion for leave to file a second amended complaint, it is **GRANTED AS UNOPPOSED**. *See* Standing Order for Civil Cases ¶ M ("The failure of a party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion."). The pending motion to dismiss is therefore **TERMINATED AS MOOT**. Within 7 days of this order, Plaintiff shall file the proposed second amended complaint, ECF 34-2, as a stand-alone docket entry. Failure to do so may result in dismissal for failure to prosecute.

The case management conference set for December 19, 2024 and the December 12, 2024 deadline for a case management statement are **VACATED**. These deadlines will be re-set, if necessary, at a later date.

**IT IS SO ORDERED.**

Dated: October 24, 2024

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**