1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  Christina V. Ferreiro (State Bar No.: 349562)
   Email: cferreiro@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
5  Los Angeles, California 90067
   Telephone: (310) 557-2030
6  Facsimile: (310) 557-1299

7  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| FREDERICK MARC COOLEY, | Case No. 3:24-cv-01437-AMO |
| Plaintiff, | **DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA) INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| vs. | |
| MENZIES AVIATION (USA) INC; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE, | |
| Defendants. | Date:  March 6, 2025<br>Time:  2:00 p.m.<br>Place: Courtroom 10 - 19th Floor |

I, Jennifer J. Johnston, declare as follows:

1. I am a member of the law firm of Condon & Forsyth LLP, attorneys for Menzies Aviation (USA) Inc. in the above-entitled matter. I am submitting this declaration in support of Menzies' Motion to Dismiss Plaintiff's Second Amended Complaint. I have personal knowledge of the matters stated in this declaration.

2. Christina Ferreiro is an associate attorney with Condon & Forsyth LLP. She has conducted legal research related to Menzies' Motion to Dismiss Plaintiff's First Amended Complaint and Menzies' Motion to Dismiss Plaintiff's Second Amended Complaint and drafted

1  the moving and supporting papers for both motions to dismiss.

2      3.    I have supervised Ms. Ferreiro's work by instructing her on relevant arguments
3  and reviewing and revising both motions to dismiss and supporting papers and reviewing
4  Plaintiff's opposing papers.

5      4.    My time is billed at the rate of $505 per hour. Ms. Ferreiro's time is billed at the
6  rate of $235 per hour.

7      5.    I have reviewed Condon & Forsyth LLP's billing records for this matter. Ms.
8  Ferreiro has spent in excess of 65 hours conducting legal research and drafting the motion and
9  supporting papers for both motions. I have spent in excess of 30 hours instructing Ms. Ferreiro
10 and reviewing and revising the motion and supporting papers for both motions, reviewing
11 plaintiff's opposition to the first motion and assisting in the research and review of other
12 lawsuits.

13     6.    As of the date of this declaration, Ms. Ferreiro has billed in excess of $15,275 in
14 fees in connection with the drafting of both motions and supporting papers and I have billed in
15 excess of $15,150 in fees in connection with the review of both motions and supporting papers
16 and other associated tasks.

17 I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th
18 day of November 2024.

_____
Jennifer J. Johnston

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

DECLARATION OF JENNIFER J. JOHNSTON SUBMITTED
IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT
MENZIES AVIATION (USA) INC.
CASE NO.: 3:24-cv-01437-AMO

- 2 -