1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  Christina V. Ferreiro (State Bar No.: 349562)
   Email: cferreiro@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
5  Los Angeles, California 90067
   Telephone: (310) 557-2030
6  Facsimile: (310) 557-1299

7  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12 | FREDERICK MARC COOLEY,            | Case No. 3:24-cv-01437-AMO
13 |         Plaintiff,                | **DEFENDANT MENZIES AVIATION (USA) INC.'s REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**
14 |         vs.                       |
15 | MENZIES AVIATION (USA) INC; AMER SM ASIF; WILLIAM REVIS; JOHN DOE; JANE DOE, |
16 |                                   | Date:   March 6, 2025
17 |         Defendants.               | Time:   2:00 p.m.
   |                                   | Place:  Courtroom C – 15th Floor
18

19   Defendant Menzies Aviation (USA) Inc. (hereinafter "Menzies"), by and through its

20 attorneys, Condon & Forsyth LLP, hereby respectfully requests that pursuant to Federal Rule of

21 Evidence 201(b) and for the reasons set forth herein, the Court take judicial notice of the release

22 executed by Plaintiff in connection with his settlement with Menzies, and take judicial notice of

23 court documents from federal and state court dockets relating to Plaintiff's previous lawsuit

24 against Fronter Airlines, Inc. ("Frontier") and other prior lawsuits:

25   **I.   Menzies Requests Judicial Notice Of The Release Executed By Plaintiff In**

26         **Connection With His Settlement With Menzies.**

27   Menzies requests that the Court take judicial notice of the release executed by Plaintiff in

28

1  connection with his settlement with Menzies (attached hereto as Exhibit "A").  This Court may
2  take judicial notice of the release executed by Plaintiff in connection with this Rule 12(b)(6)
3  motion to dismiss.  Generally, a court may not look beyond the four corners of the complaint,
4  with the exception of matters incorporated into the complaint by reference and any matters
5  subject to judicial notice.  *See Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007).
6  However, "[i]n order to 'prevent plaintiff's from surviving a Rule 12(b)(6) motion by
7  deliberately omitting documents upon which their claims are based,' a court may consider a
8  writing referenced in a complaint but not explicitly incorporated therein if the complaint relies on
9  the document and its authenticity is unquestioned."  *See id*. (*quoting Parrino v. FHP, Inc.*, 146
10 F.3d 699, 706 (9th Cir. 1998)).  *See also Coto Settlement v. Eisenberg*, 593 F.3d 103, 1038 (9th
11 Cir. 2010) (court may consider extrinsic documents on motion to dismiss outside the complaint
12 "where the complaint necessarily relies upon a document or the contents of the document are
13 alleged in a complaint, the document's authenticity is not in question and there are no disputed
14 issues as to the document's relevance.").

15 Here, Plaintiff dedicates thirteen (13) paragraphs of his Second Amended Complaint
16 ("SAC") to allegations surrounding his settlement discussions with counsel for Menzies leading
17 up to and after execution of the release.  *See* SAC at ¶¶ 31 – 43.  Plaintiff's SAC also specifically
18 references the release at least six (6) times.  *See id*. at ¶¶ 33 – 35, 37 – 38, 41.  Moreover,
19 Plaintiff's cause of action for breach of an "oral agreement" that was allegedly entered into
20 contemporaneously with the release necessarily relies on the terms and conditions found within
21 the release.  *See id*. at ¶¶ 10, 32 – 33, 37 – 41.  Further, Plaintiff's causes of action for Fraudulent
22 Inducement and Fraudulent Misrepresentation necessarily relies on the release as these causes of
23 action allege that Plaintiff was induced into entering the release based on a fraudulent
24 misrepresentation.  *See id*. at ¶¶ 10, 31 – 41.  Accordingly, this Court may properly take notice of
25 the release in ruling on Menzies' Motion to Dismiss.

## II. Menzies Requests Judicial Notice Of Court Documents From Federal And State Court Dockets Relating To Plaintiff's Prior Lawsuits.

Menzies request that the Court take judicial notice of the following court documents from the civil docket in the Middle District Court of Florida in connection with Plaintiff's related lawsuit against Frontier Airlines, Inc. ("Frontier"):

1. Plaintiff's Complaint against Frontier Airlines, Inc., and Amer S.M. Asif, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 1, filed 2/21/2023 in the Middle District Court of Florida (attached hereto as Exhibit "B").

2. Order of Dismissal, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 20, entered 5/1/2023 in the Middle District Court of Florida (attached hereto as Exhibit "C").

3. Plaintiff's Request to Re-Open Cases Against Dismissed Defendant Frontier Airlines, Inc., and Amer S.M. Asif, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 23, filed 6/8/2023 in the Middle District Court of Florida (attached hereto as Exhibit "D").

4. Frontier's Response in Opposition to Plaintiff's Motion to Reopen the Action, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 27, filed 6/16/2023 in the Middle District Court of Florida (attached hereto as Exhibit "E").

5. Minute Order Denying Plaintiff's Motion to Reopen as to Defendant Frontier Airlines Inc., Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 23, entered 6/20/2023 in the Middle District Court of Florida (attached hereto as Exhibit "F").

Menzies also requests that the Court take judicial notice of the following complaints filed by Plaintiff in multiple federal district courts and the state court of California:

1. Plaintiff's complaint against Solano County Sheriff's Deputies, Case No. 2:05-cv-01569-DFL-JFM, filed 8/9/2005 in the District Court for the Eastern District of California (attached hereto as Exhibit "G").

2. Plaintiff's complaint against Daly, et. al, Case No. 2:07-cv-00720-JKS-EFB, filed 4/16/2007 in the District Court for the Eastern District of California (attached hereto as Exhibit "H").

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

DEFENDANT MENZIES AVIATION (USA) INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO.: 3:24-cv-01437-AMO

- 3 -

3. Plaintiff's complaint against McNabb, et.al, Case No. 2:07-cv-00509-KJD-RJJ, filed 6/13/2007 in the District Court for the District of Nevada (attached hereto as Exhibit "I").

4. Plaintiff's complaint against Thompson, et. al., Case No. 2:08-cv-00976-FCD-JFM, filed 5/6/2008 in the District Court for the Eastern District of California (attached hereto as Exhibit "J").

5. Plaintiff's complaint against Nustad, et. al., Case No. 2.08-cv-00896-RCJ-LRL, filed 7/9/2008 in the District Court for the District of Nevada (attached hereto as Exhibit "K").

6. Plaintiff's complaint against Marshal, et. al., Case No. 2:09-cv-00559-RLH-GWF, filed 3/25/2009 in the District Court for the District of Nevada (attached hereto as Exhibit "L").

7. Plaintiff's complaint against Leung, Case No. 2:10-cv-01138-RCH-RJJ, filed 7/29/2011 in the District Court for the District of Nevada (attached hereto as Exhibit "M").

8. Plaintiff's complaint against the City of Vallejo, et. al., Case No. 2:12-cv-00591-LKK-AC, filed 3/6/2012 in the District Court for the Eastern District of California (attached hereto as Exhibit "N").

9. Plaintiff's complaint against the City of Vallejo, et. al., Case No. 2:14-cv-02011-KJM-CKD, filed 8/29/2014 in the District Court for the Eastern District of California (attached hereto as Exhibit "O").

10. Plaintiff's complaint against Jacobs, et. al., Case No. BC670122, filed 7/27/2017 in the Superior Court of the State of California County of Los Angeles (attached hereto as Exhibit "P").

This Court may take judicial notice of the above court filings in connection with this Rule 12(b)(6) motion to dismiss. Generally, a court may not look beyond the four corners of the complaint, with the exception of matters incorporated into the complaint by reference and any matters subject to judicial notice. *See Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007). However, under Federal Rule of Evidence 201, a court may take judicial notice of matters of public record on 12(b)(6) motion to dismiss. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (*citing* Fed. R. Evid. 201). Thus, federal courts "may take judicial notice of

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). *See also Bonnel v. Best Buy Stores, L.P.*, 881 F. Supp. 2d 1164, 1168-69 (N.D. Cal. 2012) (taking judicial notice of documents filed in another federal district court because documents were from sources whose accuracy cannot reasonably be questioned and were a matter of public record); *Mitchell v. Cnty. of Contra Costa*, 600 F. Supp. 3d 1018, 1025-26 (N.D. Cal. 2022) (taking judicial notice of seventeen previous lawsuits filed against the defendants and prior jury verdict against one defendant which related to the underlying lawsuit).

Here, the filings between Plaintiff and Frontier in the Middle District Court of Florida, as well as the ten complaints filed by Plaintiff in multiple federal district courts and the state court of California, are noticeable because these court filings are matters of public record and derive from sources whose accuracy cannot reasonably be questioned. Accordingly, this Court may properly take notice of the above court filings in ruling on Menzies' Motion to Dismiss.

Dated: November 7, 2024                    CONDON & FORSYTH LLP


By: */s/ Jennifer J. Johnston*
    JENNIFER J. JOHNSTON
    JUSTIN M. SCHMIDT
    CHRISTINA V. FERREIRO
    Attorneys for Defendant
    MENZIES AVIATION (USA) INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

DEFENDANT MENZIES AVIATION (USA) INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO.: 3:24-cv-01437-AMO
- 5 -