# EXHIBIT G

FREDERICK MARC COOLEY
RASHAWN GREEN
465 CARLSON STREET
VALLEJO, CA 94590
(707) 645-7311
PRO SE LITIGANT



AUG - 9 2005

CLERK   COURT
EASTERN DIST   OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK MARC COOLEY AND ) Case No.: CVS 05-1569 DFL JFM PS
RASHAWN GREEN, )
                          ) **CIVIL COMPLAINT PURSUANT**
        Plaintiffs,        ) **42 U.S.C. SECTION 1983 AND**
                          ) **DEMAND FOR JURY TRIAL**
    vs.                    )
                          )
SOLANO COUNTY SHERIFF'S    )
DEPUTIES, C. BRADFORD BADGE # )
IL 88 AND A. ROPER BADGE # IL 69, )
                          )
        Defendants.        )

1. **Jurisdiction.** This court has jurisdiction over this complaint because it arises under the laws of the United States.

2. **Venue.** Venue is appropriate in this court because both of the defendants reside in this district and substantial amount of the acts and omissions giving rise to this lawsuit occurred in this district.

3. **Intradistrict Assignment.** This lawsuit should be assigned to the Sacramento division of this court because substantial part of this lawsuit occurred in Solano County, City Of Vallejo.

4. **Plaintiffs.** Plaintiffs Frederick Marc Cooley and Rashawn Green are residence of Solano County, City Of Vallejo and at all times mentioned are citizens of the United States.

5. **Defendants.** Defendant C. Bradford is employed as a Solano County Sheriff's Deputy at the Solano County Sheriff's Department, located in Solano County and is being sued in her official and individual capacity.

Defendant A. Roper is also employed as a Solano County Sheriff's Deputy at the Solano County Sheriff's Department, located in Solano County and is being sued in his official and individual capacity.

### Statement Of Claim

On June 14, 2005 at approximately 1410 hours Solano County Sheriff's Deputy C. Bradford conducted a traffic stop on a blue 1995 Chevy Impala, License Plate number 4JXT284, allegedly for a broken brake light. The vehicle was driven by the Plaintiff Rashawn Green, who was accompanied by Plaintiff Frederick Marc Cooley a passenger of the vehicle.

After Deputy C. Bradford stopped and approached the vehicle, she requested that the driver Rashawn Green, provide valid California Driver's license, vehicle registration and proof of auto insurance. Upon request Plaintiff Rashawn Green provided all requested documentation.

1  Deputy C. Bradford then requested from the passenger Frederick Marc Cooley
2  identification, which Plaintiff Frederick Marc Cooley provided Deputy C.
3  Bradford with his valid California Driver's license.

5  Deputy C. Bradford ran both Plaintiff's Rashawn Green and Frederick Marc
6  Cooley identification information via Solano County Sheriff's Department radio
7  dispatch, who communicated to Deputy C. Bradford that both plaintiff's
8  licenses were valid, without any outstanding warrants. The Solano County
9  Sheriff's radio dispatch also communicated to Deputy C. Bradford that Plaintiff
10 Frederick Marc Cooley was on parole under the jurisdiction of the California
11 Department Of Corrections.

13 Deputy C. Bradford returned back to the front passenger side of the vehicle
14 and contacted Plaintiff Frederick Marc Cooley and asked if he was on parole,
15 which Plaintiff Frederick Marc Cooley confirmed that he was actively on parole.

17 Deputy C. Bradford ordered Plaintiff Frederick Marc Cooley to exit the vehicle
18 because she was going to conduct a parole search of his person due to his
19 parole status. Plaintiff Frederick Marc Cooley communicated to Deputy C.
20 Bradford that he would not consent to a search of his person because his
21 parole status alone was not enough to require him to submit to a search of his
22 person and that she did not have reasonable suspicion that he committed or
23 was about to commit a crime.

25 Deputy C. Bradford communicated to Plaintiff Frederick Marc Cooley that the
26 conditions of his parole requires him to submit to a search upon any officer's
27 request and if he continue to refuse, she would arrest him for violating that
28 condition of parole.

1  Deputy C. Bradford conducted a search of Plaintiff Frederick Marc Cooley's
2  person on a public street in a residential area and the result of the search was
3  negative for violations of parole.
4
5  Deputy C. Bradford directed Plaintiff Frederick Marc Cooley to sit on the front
6  of her squad car while her back up, Solano County Deputy Sheriff "Munk",
7  watched him.
8
9  Deputy C. Bradford ordered Plaintiff Rashawn Green to exit his vehicle asked if
10 she could search his person and vehicle. Plaintiff Rashawn Green
11 communicated to Deputy C. Bradford that he was not giving her consent to
12 search his person or vehicle.
13
14 Deputy C. Bradford conducted a unconsented search of Plaintiff Rashawn
15 Green's person, directed him to sit on the front of her squad car next to
16 Plaintiff Frederick Marc Cooley and conducted a unconsented search of Plaintiff
17 Rashawn Green's vehicle. The searches resulted negative seizures of
18 contraband or any illegal activity.
19
20 On March 18, 2005, Solano County Sheriff's Deputy, A. Roper stopped Plaintiff
21 Frederick Marc Cooley for an unkwown traffic reason. Deputy A. Roper
22 requested from Plaintiff Frederick Marc Cooley valid California Driver's license,
23 vehicle registration, and proof of auto insurance, which he provided to Deputy
24 A. Roper.
25
26 After running Plaintiff Frederick Marc Cooley's identification information,
27 Deputy A. Roper learned via Solano County Sheriff's Department radio
28

1 | dispatch that Plaintiff Frederick Marc Cooley was on parole under the
2 | jurisdiction of the California Department Of Corrections.
3 |
4 | Deputy A. Roper ordered Plaintiff Frederick Marc Cooley out of the vehicle and
5 | advised him that he was going to conduct a parole search of his person and the
6 | vehicle his was in control of, due to his parole status.
7 |
8 | Deputy A. Roper conducted the search of Plaintiff Frederick Marc Cooley's
9 | person and the vehicle that he was in control of in at crowded gas station and
10 | the search resulted in negative parole violations.
11 |
12 | Since these specific traffic stops and searches family members, friends,
13 | neighbors and residents who witnessed or learned of these traffic stops and
14 | searches, where Plaintiff Frederick Marc Cooley was detained and his person,
15 | vehicle and other individuals person and vehicle have been searched due to
16 | Plaintiff Frederick Marc Cooley's parole status have questioned whether
17 | Plaintiff Frederick Marc Cooley is criminally active because productive citizens
18 | do not submit to searches of their person and property because of simple traffic
19 | infractions and are reluctant to associate themselves with Plaintiff Frederick
20 | Marc Cooley because of the abnormal searches.
21 |
22 |
23 | **Demand For Jury Trial.**
24 |
25 | Plaintiff's Frederick Marc Cooley and Rashawn Green respectfully demand a
26 | jury trial on the merits of this complaint.
27 |
28 |

## Relief.

Plaintiff's Frederick Marc Cooley and Rashawn Green seek monetary damages in the total amount of **Sixty-Five thousand dollars ($65,000)** payable to both plaintiffs for the violations of their constitutional rights not to be unreasonably searched, for public humiliation and mental stress.

Plaintiff Frederick Marc Cooley also seeks a court order directing the Solano County Sheriff's Department to change it's protocol on searches of parolees, specifically requiring written consent to search from a parolee when no reasonable suspicion that a crime has been or is about to be committed.

Signed this 7 day of August ,2005.

*Frederick M. Cooley*
**Plaintiff**

-6-

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3

4

5  Date: 8/8/05

6

7  *Frederick M-[signature]*

8  **Plaintiff**

JS 44 (Rev. 3/99)  **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Frederick Marc Cooley
Rashawn Green

**DEFENDANTS**
Frederick V1
C. Bradford And A. Roper

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
465 Carlson St.
Vallejo CA 94590
(707) 645-7311

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☑ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☑ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S. 1983 Civil Complaint Fourth Amendment Violations

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 65,000 To both Plaintiffs
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 8/8/05
SIGNATURE OF ATTORNEY OF RECORD Frederick M. Cooley Jr.

FOR OFFICE USE ONLY
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

Attachment 2