# EXHIBIT I

Frederick M. Cooley
Name
330 S. Casino Center Dr.
Las Vegas, NV 89101
#1738781 (7B-10L)
Number
Jail

2007 APR 16 P 1:14

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Frederick Marc Cooley,        )
            Plaintiff,        )
                              )
vs.                           )   2:07-cv-00509-KJD-RJJ
                              )
R. McNabb, P# 8399,           )
                              )
B. Embrey, P# 8644,           )   CIVIL RIGHTS COMPLAINT
                              )   PURSUANT TO
F. Oliveri, P# 8272,          )   42 U.S.C. § 1983
                              )
R. Cera,                      )   "Jury Trial Demanded"
                              )
_____,      )
            Defendant(s).     )

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **Frederick M. Cooley**,
    (Print Plaintiff's name)

who presently resides at **330 S. Casino Center Dr., Las Vegas, NV**, were

violated by the actions of the below named individuals which were directed against

Plaintiff at **Las Vegas / Clark County Detention Center** on the following dates
(institution/city where violation occurred)

**January 20, 2006**, **January 20, 2006**, and **March 24, 2007**.
   (Count I)              (Count II)                   (Count III)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant **R. McNabb, P#8399** resides at **Las Vegas, Nevada**,
(full name of first defendant)   (address if first defendant)
and is employed as **Las Vegas Metropolitan Police Officer**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Defendant was on duty as Las Vegas Metropolitan Police Officer at all times mentioned.**

3) Defendant **B. Embrey, P#9644** resides at **Las Vegas, Nevada**,
(full name of first defendant)   (address if first defendant)
and is employed as **LVMP Officer**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Defendant was on duty as a Las Vegas Metropolitan Police Officer at all times mentioned**

4) Defendant **F. Oliveri, P#8272** resides at **Las Vegas, Nevada**,
(full name of first defendant)   (address if first defendant)
and is employed as **LVMP Officer**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Defendant was on duty as a Las Vegas Metropolitan Police Officer at all times mentioned**

5) Defendant **R. Cera** resides at **Las Vegas, Nevada**,
(full name of first defendant)   (address if first defendant)
and is employed as **LVMP Officer**. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Defendant was on duty as a Las Vegas Metropolitan Police Officer at all times mentioned.**

2

6) Defendant _____ resides at _____,
          (full name of first defendant)           (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
      (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

----

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

On 1/20/06, defendant LVMP R. McNabb, P# 8399, unlawfully detained Plaintiff and used excessive force against him by attempting to conduct a suspicionless pat search of Plaintiff's person for weapons. Then defendant LVMP R. McNabb P# 8399, conspired with defendant's LVMP B. Embrey P# 8644 and F. Olivers P# 8272 using excessive force and illegally seizing Plaintiff's person by chasing Plaintiff, where defendant LVMP B. Embrey, P# 8644 activated his conducted energy weapon (Taser Gun) on Plaintiff, defendant F. Olivers, P# 8272 pulled Plaintiff off a electronic fence to the ground face down, handcuffed Plaintiff and then defendant LVMP B. Embrey P# 8644, kicked Plaintiff in the back of his head and stepped on Plaintiff's neck before taking him into custody. On March 24, 2007, defendant LVMP R. Cera denied Plaintiff one of the three nutritional meals he was entitled while Plaintiff was incarcerated "in" Clark County Detention Center.

----

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: Plaintiff's right not to be unreasonably searched and seized as guaranteed by the Fourth Amendment of U.S. Constitution was violated.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On 1-20-06, at approximately 7:00 pm Plaintiff Frederick Cooley was given a ride by his companion "Ronald Carlson" to the Cambridge Market located at 3510 Cambridge in Las Vegas, Nevada. The Plaintiff and his companion entered the market purchased coffee and food items and sat down and began playing gaming machines located inside the market. While playing the gaming machines, the Plaintiff and his companion observed numerous police patrol cars outside the market. Within five minutes of the Plaintiff and his companion observing the officers congregating outside the market, Defendant LVMP R. McNabb P#8399 approached the store entrance, opened the door and without entering the store, he ordered Plaintiff's Companion "Ronald Carlson to exit the store, which he complied. Defendant LVMP R. McNabb P#8399 turned to the Plaintiff Frederick Cooley and stated "You come out too". Plaintiff's reply to the order was "For What? I am playing a machine". Defendant LVMP R. McNabb P#8399 commanded and ordered Plaintiff to exit the store in a loud demanding tone of voice, which Plaintiff complied but reluctantly. Upon exiting the store, Plaintiff observed his companion "Ronald Carlson" being handcuffed and placed in the back of a patrol car. Then Defendant LVMP R. McNabb P#8399 ordered the Plaintiff to stand in front of his patrol car so he could conduct a pat search for weapons. Plaintiff immediately rejected the defendant's LVMP R. McNabb P#8399

(See Count II for Continued Facts)

4

## COUNT II

The following civil rights has been violated: Plaintiff's right to be free from cruel and unusual punishment as guaranteed by the Eighth Amendment of the United States Constitution was violated.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Order by communicating that "He had not done anything for him to believe that he was in possession of a weapon." Plaintiff asked defendant R. McNabb P#8399 "Had the store employees or anyone notified police identifying Plaintiff as an suspect of any type of criminal offense who was armed with a weapon?" Defendant R. McNabb P#8399 answer was "No." Plaintiff then asked defendant R. McNabb P#8399, "What makes you think I have a weapon to be pat searched for?" Defendant LVMP R. McNabb's P#8399 answer to this was "Your friend has several warrants and thats what I do for a living, I search people". Plaintiff specifically communicated to defendant LVMP R. McNabb P#8399 "He was not submitting to a pat search of his person because the police had no business with him," then Plaintiff attempted to walk away. Defendant R. McNabb P#8399 then grabbed Plaintiff's right arm, forcing Plaintiff to drop his coffee on the ground. By reflex Plaintiff pulled his arm free from the grasp of defendant LVMP R. McNabb P#8399. Defendant LVMP R. McNabb P#8399 attempted to grab Plaintiff again and Plaintiff fled on foot. During the Plaintiff's flight, he attempted to climb over an apartment electronic parking gate. Before Plaintiff could scale over the gate LVMP B. Embrey P#8644 and F. Oliveri P#8272 driving a marked police patrol car pulled up to the electronic parking gate, activating the gate open and preventing

(continued pg. 5-A)

5

## COUNT III

The following civil rights has been violated: Plaintiff's right to be free from cruel and unusual punishment as guaranteed by the Eighth Amendment was violated

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

At approximately 1:00 am on March 24, 2007, jail staff directing inmates housed in 7B to exit their cells, so that solvents could be sprayed on the floors, walls, doors on the inside and outside of cell areas. This was a follow up of solvents sprayed less than 24 hrs earlier as prevention of contracting the out spread of the "Nerovirus" which had infected over 150 inmates and staff members at the Clark County Detention Center. No clean had been made prior to 11:00 am. At approximately 10:00 am on 3/24/07, Plaintiff Frederick Cooley observed CCDC 7B module inmate workers serving lunch by placing lunch trays on the floor by each cell door, under the direction of Defendant LVMP R.Cera. Several inmates had a discrepancy about being served lunch with their trays on the floor. The Plaintiff rejected his tray, which was a "special diet tray" (due to his medical condition "High Blood Pressure") on the grounds the trays where placed on the floor where solvents were sprayed twice prior to lunch. Defendant LVMP R.Cera approached Plaintiff's assigned cell, where the Plaintiff attempted to express his concerns to Defendant LVMP R.Cera, verbally in a respectful even tone manner. Defendant R.Cera displayed a unappreciative attitude that Plaintiff would voice his concerns and closed Plaintiff's cell door in his face. Less than five minutes later inmate workers approached Plaintiff's cell door was opened and

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

a) Defendants: _____
b) Name of court and docket number: _____
c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____
d) Issues raised: _____
_____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes __✓__ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____
b) Name of court and case number: _____
c) The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____
b) Name of court and case number: _____

7

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____.
b) Name of court and case number: _____.
c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ✓ Yes _____ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) _____ disciplinary hearing; (2) _____ state or federal court decision; (3) _____ state or federal law or regulation; (4) _____ parole board decision; or (5) _____ other _____.
If your answer is "Yes", provide the following information. Grievance Number _____.
Date and institution where grievance was filed **3/24/07 / Clark County Detention Center**.

Response to grievance: **Plaintiff grieved the incident on 3/24/07. The grievance was suppose to be answered 72 hrs after filing. Plaintiff handed grievance to LVMP Bernandino #8567 who gave Plaintiff a pink copy. No answer has been given.**

8

Administrative Grievance policy and procedure is inadequate because no response has been given to Plaintiff's employee misconduct claim.

---

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Compensatory damages in the amount of seventy-five thousand dollars ($75,000.00) from each defendant and Punitive damages in the amount of ten thousand dollars ($10,000.00) from each defendant.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_Frederick M. Cooley_
(Signature of Plaintiff)

_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

4/12/07
(Date)

---

(Additional space if needed; identify what is being continued)

Page 5 is being Continued. (See pg 5-A Attached)
Page 6 is being Continued. (See pg 6-A Attached)

9

## Continued From Page 5

the Plaintiff maintaining his balance to pull over the gate. Defendant LVMP B. Embrey P#8644 and F. Oliveri P#8272 exited their patrol car. Defendant B. Embrey P#8644 then activated his conducted energy weapon hitting Plaintiff in his right side while Defendant LVMP F. Oliveri pulled Plaintiff off the gate and handcuffed him. While defendant LVMP officer B. Embrey P#8644 rolled up the wire to his energy weapon to disconnect it from the Plaintiff, Defendant B. Embrey P#8644 approached the Plaintiff who was being held face down by defendant LVMP F. Oliveri P#8272 who pat searched and searched inside of Plaintiff's jacket pockets and pants pockets, Defendant B. Embrey P#8644 stood over plaintiff and asked "How does it feel to get tasered?" The Plaintiff's reply to this was "I don't know you faggot ass pig!" Defendant LVMP B. Embrey P#8644 then kicked the Plaintiff in the back of his head and stepped on the back of his neck cause minor abrasions on Plaintiff's left cheek. Plaintiff suffers from chronic migraine head aches every since this incident.

(5-A)

Continued From Page 6

attempted to issue a second tray of food to Plaintiff, which plaintiff rejected because it was not a diet tray, displaying Plaintiff's full name as a "Cardiac". Plaintiff was not issued a lunch on that date. Plaintiff was very upset about this and suffered a severe headache there after for two days.

6-A