UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARC COOLEY, | Case No. 24-cv-01437-AMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MENZIES AVIATION (USA) INC., et al., | |
| Defendants. | |

Judgment is entered in accordance with the order on Defendants' motion to dismiss. *See* ECF 44.  The Clerk is directed to close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 25, 2025

_____

**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**