# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court case number: 3:24-cv-01437-AMO

Date case was first filed in U.S. District Court: MARCH 8, 2024

Date of judgment or order you are appealing: FEBRUARY 25, 2025

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

FREDERICK MARC COOLEY

Is this a cross-appeal?  ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number?

Your mailing address:

FREDERICK MARC COOLEY

P.O. BOX 4575

City: VALLEJO    State: CA    Zip Code: 94590

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ *[signature]*    **Date** 02/25/2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

FREDERICK MARC COOLEY

Name(s) of counsel (if any):

Address: P.O. BOX 4575

Telephone number(s): (707) 373-6405

Email(s): cooleyfrederickm@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◯ Yes   ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Menzies Aviation Inc.

Name(s) of counsel (if any):

Jennifer J. Johnston

Address: 901 Avenue of the Stars, Suite 1050 Los Angeles, CA 90067-6010

Telephone number(s): (310) 557-2030

Email(s): jjohnston@condonlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6           *1*           Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                              *Rev. 12/01/2018*