1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  Christina V. Ferreiro (State Bar No.: 349562)
   Email: cferreiro@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
5  Los Angeles, California 90067
   Telephone: (310) 557-2030
6  Facsimile: (310) 557-1299

7  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 FREDERICK MARC COOLEY,              )  Case No. 3:24-cv-01437-AMO
                                       )
13         Plaintiff,                  )  **DECLARATION OF JENNIFER J.**
                                       )  **JOHNSTON IN SUPPORT OF**
14    vs.                              )  **DEFENDANT MENZIES AVIATION**
                                       )  **(USA) INC.'S MOTION FOR**
15 MENZIES AVIATION (USA) INC; AMER SM )  **SANCTIONS AND ATTORNEYS' FEES**
   ASIF; WILLIAM REVIS; JOHN DOE; JANE )
16 DOE,                                )  Date:   July 10, 2025
                                       )  Time:   2:00 p.m.
17         Defendants.                 )  Place:  Courtroom 10 - 19th Floor
                                       )
18                                     )
                                       )
19                                     )

20         I, Jennifer J. Johnston, declare as follows:

21         1.      I am a member of the law firm of Condon & Forsyth LLP, attorneys for Menzies

22  Aviation (USA) Inc. in the above-entitled matter. I am submitting this declaration in support of

23  Menzies' Motion to Dismiss Plaintiff's Second Amended Complaint. I have personal knowledge

24  of the matters stated in this declaration.

25         2.      Christina Ferreiro is an associate attorney with Condon & Forsyth LLP. She has

26  conducted legal research related to Menzies' Motion to Dismiss Plaintiff's First Amended

27  Complaint and Menzies' Motion to Dismiss Plaintiff's Second Amended Complaint and drafted

28

1. the moving and supporting papers for both motions to dismiss.

3. I have supervised Ms. Ferreiro's work by instructing her on relevant arguments and reviewing and revising both motions to dismiss and supporting papers and reviewing Plaintiff's opposing papers.

4. My time is billed at the rate of $505 per hour. Ms. Ferreiro's time is billed at the rate of $235 per hour.

5. Condon & Forsyth LLP maintains its billing records through LMS, a computer program that is used to keep track of time spent by attorneys providing billable legal services to clients. This information is stored and maintained in the firm's electronic files in the usual course of business and used for the purpose of issuing fee bills to clients.

6. I have reviewed Condon & Forsyth LLP's billing records for this matter. Ms. Ferreiro has spent in excess of 65 hours conducting legal research and drafting the motion and supporting papers for both motions. I have spent in excess of 30 hours instructing Ms. Ferreiro and reviewing and revising the motion and supporting papers for both motions, reviewing plaintiff's opposition to the first motion and assisting in the research and review of other lawsuits.

7. As of the date of this declaration, Ms. Ferreiro has billed in excess of $15,275 in fees in connection with the drafting of both motions and supporting papers and I have billed in excess of $15,150 in fees in connection with the review of both motions and supporting papers and other associated tasks.

8. On March 4, 2025, I sent Plaintiff a meet and confer e-mail which advised of the Court's ruling dismissing Plaintiff's SAC with prejudice, and that this Court's Order states that Menzies may file a request for attorney's fees in compliance with Civil Local Rule 54-5. I also advised Plaintiff that before bringing any motion for attorneys' fees, Menzies would be willing to resolve the disputed issues related to attorneys' fees. Specifically, Menzies offered to waive its right to seeks attorney's fees return for Plaintiff's agreement to dismiss with prejudice his appeal filed in the U.S. Court of Appeals for the Ninth Circuit. Plaintiff responded that he would

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

1  consider dismissing with prejudice his appeal in exchange for $6,000.00.  A true and correct
2  copy of the meet and confer email exchange with Plaintiff is attached hereto as "Exhibit A."
3       I declare under penalty of perjury that the foregoing is true and correct.  Executed this
4  11th day of March 2025.

                                                                   */s/ Jennifer J. Johnston*
                                                                    Jennifer J. Johnston

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030