1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  Christina V. Ferreiro (State Bar No.: 349562)
   Email: cferreiro@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
5  Los Angeles, California 90067
   Telephone: (310) 557-2030
6  Facsimile: (310) 557-1299

7  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12 | FREDERICK MARC COOLEY,              ) Case No. 3:24-cv-01437-AMO
                                          )
13 |          Plaintiff,                  ) **DEFENDANT MENZIES AVIATION**
                                          ) **(USA) INC.'S REQUEST FOR**
14 |     vs.                              ) **JUDICIAL NOTICE IN SUPPORT OF**
                                          ) **MOTION FOR SANCTIONS AND**
15 | MENZIES AVIATION (USA) INC; AMER SM) **ATTORNEYS' FEES**
   | ASIF; WILLIAM REVIS; JOHN DOE; JANE )
16 | DOE,                                 ) Date:   July 10, 2025
                                          ) Time:   2:00 p.m.
17 |          Defendants.                 ) Place:  Courtroom 10 - 19th Floor
                                          )
18 |_____ )

19       Defendant Menzies Aviation (USA) Inc. (hereinafter "Menzies"), by and through its

20 attorneys, Condon & Forsyth LLP, hereby respectfully requests that pursuant to Federal Rule of

21 Evidence 201(b) and for the reasons set forth herein, the Court take judicial notice of court

22 documents from federal and state court dockets relating to Plaintiff's previous lawsuit against

23 Fronter Airlines, Inc. ("Frontier") and other prior lawsuits:

24       Menzies request that the Court take judicial notice of the following court documents from

25 the civil docket in the Middle District Court of Florida in connection with Plaintiff's related

26 lawsuit against Frontier Airlines, Inc. ("Frontier"):

27       1.   Plaintiff's Complaint against Frontier Airlines, Inc., and Amer S.M. Asif, Case

28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

1. No. 6:23-cv-00299-CEM-LHP, Doc. No. 1, filed 2/21/2023 in the Middle District Court of Florida (attached hereto as Exhibit "A").

2. Order of Dismissal, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 20, entered 5/1/2023 in the Middle District Court of Florida (attached hereto as Exhibit "B").

3. Plaintiff's Request to Re-Open Cases Against Dismissed Defendant Frontier Airlines, Inc., and Amer S.M. Asif, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 23, filed 6/8/2023 in the Middle District Court of Florida (attached hereto as Exhibit "C").

4. Frontier's Response in Opposition to Plaintiff's Motion to Reopen the Action, Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 27, filed 6/16/2023 in the Middle District Court of Florida (attached hereto as Exhibit "D").

5. Minute Order Denying Plaintiff's Motion to Reopen as to Defendant Frontier Airlines Inc., Case No. 6:23-cv-00299-CEM-LHP, Doc. No. 29, entered 6/20/2023 in the Middle District Court of Florida (attached hereto as Exhibit "E").

Menzies also requests that the Court take judicial notice of the following complaints filed by Plaintiff in multiple federal district courts and the state court of California:

1. Plaintiff's complaint against Solano County Sheriff's Deputies, Case No. 2:05-cv-01569-DFL-JFM, filed 8/9/2005 in the District Court for the Eastern District of California (attached hereto as Exhibit "F").

2. Plaintiff's complaint against Daly, et. al, Case No. 2:07-cv-00720-JKS-EFB, filed 4/16/2007 in the District Court for the Eastern District of California (attached hereto as Exhibit "G").

3. Plaintiff's complaint against McNabb, et.al, Case No. 2:07-cv-00509-KJD-RJJ, filed 6/13/2007 in the District Court for the District of Nevada (attached hereto as Exhibit "H").

4. Plaintiff's complaint against Thompson, et. al., Case No. 2:08-cv-00976-FCD-JFM, filed 5/6/2008 in the District Court for the Eastern District of California (attached hereto as Exhibit "I").

5. Plaintiff's complaint against Nustad, et. al., Case No. 2.08-cv-00896-RCJ-LRL,

1     filed 7/9/2008 in the District Court for the District of Nevada (attached hereto as Exhibit "J").

2         6.     Plaintiff's complaint against Marshal, et. al., Case No. 2:09-cv-00559-RLH-GWF,
3     filed 3/25/2009 in the District Court for the District of Nevada (attached hereto as Exhibit "K").

4         7.     Plaintiff's complaint against Leung, Case No. 2:10-cv-01138-RCH-RJJ, filed
5     7/29/2011 in the District Court for the District of Nevada (attached hereto as Exhibit "L").

6         8.     Plaintiff's complaint against the City of Vallejo, et. al., Case No. 2:12-cv-00591-
7     LKK-AC, filed 3/6/2012 in the District Court for the Eastern District of California (attached
8     hereto as Exhibit "M").

9         9.     Plaintiff's complaint against the City of Vallejo, et. al., Case No. 2:14-cv-02011-
10    KJM-CKD, filed 8/29/2014 in the District Court for the Eastern District of California (attached
11    hereto as Exhibit "N").

12        10.    Plaintiff's complaint against Jacobs, et. al., Case No. BC670122, filed 7/27/2017
13    in the Superior Court of the State of California County of Los Angeles (attached hereto as
14    Exhibit "O").

15    This Court may take judicial notice of the above court filings in connection with
16    Menzies' Motion for Sanctions and Attorneys' Fees because under Federal Rule of Evidence
17    201, federal courts "may take judicial notice of court filings and other matters of public record."
18    *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). *See also*
19    *Bonnel v. Best Buy Stores, L.P.*, 881 F. Supp. 2d 1164, 1168-69 (N.D. Cal. 2012) (taking judicial
20    notice of documents filed in another federal district court because documents were from sources
21    whose accuracy cannot reasonably be questioned and were a matter of public record); *Mitchell v.*
22    *Cnty. of Contra Costa*, 600 F. Supp. 3d 1018, 1025-26 (N.D. Cal. 2022) (taking judicial notice of
23    seventeen previous lawsuits filed against the defendants and prior jury verdict against one
24    defendant which related to the underlying lawsuit).

25    Here, the filings between Plaintiff and Frontier in the Middle District Court of Florida, as
26    well as the ten complaints filed by Plaintiff in multiple federal district courts and the state court
27    of California, are noticeable because these court filings are matters of public record and derive

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

from sources whose accuracy cannot reasonably be questioned. Accordingly, this Court may properly take notice of the above court filings in ruling on Menzies' Motion for Sanctions and Attorneys' Fees.

Dated: March 11, 2025                                       CONDON & FORSYTH LLP


By: */s/ Jennifer J. Johnston*
    JENNIFER J. JOHNSTON
    JUSTIN M. SCHMIDT
    CHRISTINA V. FERREIRO
    Attorneys for Defendant
    MENZIES AVIATION (USA) INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

DEFENDANT MENZIES AVIATION (USA) INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS AND ATTORNEYS' FEES
CASE NO.: 3:24-cv-01437-AMO
- 4 -