# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FREDERICK MARC COOLEY,**

      **Plaintiff,**

v.                                             Case No. 6:23-cv-299-CEM-LHP

**FRONTIER AIRLINE INC. and**
**AMER SM ASIF,**

      **Defendants.**

                                      /

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 19), which advises the Court that the above-styled action has been settled as to Defendant Frontier Airline Inc., only.

Accordingly, it is **ORDERED** and **ADJUDGED** that the claims against Frontier Airline Inc. are **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case as to Defendant Frontier Airline Inc. in accordance with Local Rule 3.09(b). The Clerk is directed to terminate Frontier Airline Inc. as a Defendant and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2023.



Copies furnished to:

Counsel of Record
Unrepresented Party