# EXHIBIT E

**U.S. District Court**
**Middle District of Florida (Orlando)**
**CIVIL DOCKET FOR CASE #: 6:23-cv-00299-CEM-LHP**

Cooley v. Amer Sm Asif et al
Assigned to: Judge Carlos E. Mendoza
Referred to: Magistrate Judge Leslie Hoffman Price
Cause: 42:1981 Civil Rights

Date Filed: 02/21/2023
Date Terminated: 01/30/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Frederick Marc Cooley**                    represented by    **Frederick Marc Cooley**
                                                               P.O. Box 4575
                                                               Vallejo, CA 94590
                                                               707-373-6405
                                                               Email: cooleyfrederickm@gmail.com
                                                               PRO SE

V.

**Defendant**

**Frontier Airline Inc.**                    represented by    **Steven D. Lehner**
*TERMINATED: 05/01/2023*                                      Hinshaw & Culbertson LLP
                                                               100 South Ashley Drive
                                                               Suite 1310
                                                               Tampa, FL 33602
                                                               813-276-1662
                                                               Fax: 813-276-1956
                                                               Email: slehner@hinshawlaw.com
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Amer Sm Asif**                             represented by    **John Maggio**
                                                               Condon & Forsyth, LLP
                                                               701 Brickell Avenue
                                                               Miami, FL 33131
                                                               305-492-7303
                                                               Fax: 212/370-4482
                                                               Email: jmaggio@condonlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Eli Burton**
                                                               Condon & Forsyth LLP
                                                               7 Times Square
                                                               Suite Floor 18
                                                               New York, NY 10036

212-894-6838
Email: eburton@condonlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menzies Aviation (USA) Inc.**                    represented by **John Maggio**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Eli Burton**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**

**Defendant**

**William Revis**                                  represented by **John Maggio**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Eli Burton**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2023 | 1 | COMPLAINT against Amer Sm Asif, Frontier Airline Inc. with Jury Demand filed by Frederick Marc Cooley (1 Service Copy). (Attachments: # 1 Mailing Envelope)(BCB) (Entered: 02/24/2023) |
| 02/21/2023 | 2 | MOTION to Proceed In Forma Pauperis / Affidavit of Indigency by Frederick Marc Cooley. (Attachments: # 1 Mailing Envelope)(BCB) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 02/24/2023) |
| 02/27/2023 | 3 | **INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Carlos E. Mendoza on 2/27/2023. (MEH)** (Entered: 02/27/2023) |
| 02/27/2023 | 4 | **NOTICE TO COUNSEL AND PARTIES: Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Carlos E. Mendoza on 2/27/2023. (MEH)** (Entered: 02/27/2023) |
| 03/09/2023 | 5 | Request to Withdraw 2 MOTION to Proceed In Forma Pauperis / Affidavit of Indigency by Frederick Marc Cooley. (Attachments: # 1 Exhibit, # 2 Mailing Envelope)(SRD) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 03/10/2023) |
| 03/09/2023 | 6 | CERTIFICATE of interested persons and corporate disclosure statement by Frederick Marc Cooley. (Attachments: # 1 Mailing Envelope)(SRD) (Additional attachment(s) added on 3/13/2023: # 1 Mailing Envelope) (SRD). (Entered: 03/10/2023) |
| 03/09/2023 | 7 | NOTICE of a related action per Local Rule 1.07(c) by Frederick Marc Cooley. Related case(s): No (Attachments: # 1 Mailing Envelope)(SRD) (Entered: 03/10/2023) |

| 03/10/2023 | | FEES Paid by Frederick Marc Cooley (Filing fee $402.00, Receipt Number ORL-107262). (BCB) (Entered: 03/10/2023) |
|---|---|---|
| 03/13/2023 | 8 | **ORDER granting 5 Motion to Withdraw re 2 MOTION to Proceed In Forma Pauperis, denying as moot 2 Motion to Proceed In Forma Pauperis. Signed by Magistrate Judge Leslie Hoffman Price on 3/13/2023. (MKH)** (Entered: 03/13/2023) |
| 03/21/2023 | 9 | SUMMONS issued as to Frontier Airline Inc. (SRD) (Entered: 03/21/2023) |
| 03/23/2023 | 10 | SUMMONS issued as to Amer Sm Asif. (SRD) (Entered: 03/24/2023) |
| 03/30/2023 | 11 | RETURN of service executed on 3/22/23 by Frederick Marc Cooley as to Frontier Airline Inc. (Attachments: # 1 Mailing Envelope)(BCB) (Additional attachment(s) added on 4/4/2023: # 2 Main Document) (BCB). (Entered: 03/31/2023) |
| 04/03/2023 | 12 | **NOTICE TO COUNSEL AND PARTIES: The Orlando Division of the Middle District of Florida is currently operating in a Judicial Emergency due to a judicial vacancy and the number of cases in the division. Accordingly, civil cases, and especially newly filed civil cases, will be the Court's lowest priority unless emergency issues are presented. Counsel and the parties are encouraged to consider consenting to the Magistrate Judge for the entire case or disposition of any dispositive motions in order to have their case considered on a more timely basis. Signed by Judge Carlos E. Mendoza on 4/3/2023. (MEH)** (Entered: 04/03/2023) |
| 04/20/2023 | 13 | MOTION for Miscellaneous Relief, specifically Request For Permission to use the Court's Electronic Filing System (CM/ECF) by Frederick Marc Cooley. (Attachments: # 1 Mailing Envelope)(SRD) (Entered: 04/21/2023) |
| 04/20/2023 | 14 | CERTIFICATE of service by Frederick Marc Cooley re 13 MOTION for Miscellaneous Relief, specifically Request For Permission to use the Court's Electronic Filing System (CM/ECF). (SRD) (Entered: 04/21/2023) |
| 04/24/2023 | 15 | **ORDER granting 13 Plaintiff's Request for Permission to Use the Court's Electronic Filing System. Signed by Magistrate Judge Leslie Hoffman Price on 4/24/2023. (MKH)** (Entered: 04/24/2023) |
| 04/24/2023 | 16 | Unopposed MOTION for Extension of Time to May 2, 2023, to File Response/Reply as to 1 Complaint by Frontier Airline Inc. (Lehner, Steven) Modified on 4/25/2023 (SPM). (Entered: 04/24/2023) |
| 04/24/2023 | 18 | RETURN of service executed on 04/17/2023 by Frederick Marc Cooley as to Amer Sm Asif. (Attachments: # 1 Mailing Envelope)(SRD) (Entered: 04/25/2023) |
| 04/25/2023 | 17 | **ORDER granting 16 Motion for Extension of Time. The deadline for Defendant to respond to the complaint is extended up to and including May 2, 2023. Signed by Magistrate Judge Leslie Hoffman Price on 4/25/2023. (MKH)** (Entered: 04/25/2023) |
| 04/25/2023 | | Set deadlines: for Frontier Airline Inc. Answer due by 5/2/2023. (SPM) (Entered: 04/25/2023) |
| 04/28/2023 | 19 | NOTICE of settlement by Frontier Airline Inc. (Lehner, Steven) (Entered: 04/28/2023) |
| 05/01/2023 | 20 | **ORDER- The claims against Frontier Airline Inc. are DISMISSED with prejudice subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case as to Defendant Frontier Airline Inc. in accordance with Local Rule 3.09(b). The Clerk is directed to terminate Frontier Airline Inc. as a Defendant and amend the case style accordingly. Signed by Judge Carlos E. Mendoza on 5/1/2023. (MEH)** (Entered: 05/01/2023) |

| 05/01/2023 | 21 | **ENTERED IN ERROR (MEH). (Entered: 05/01/2023)** |
| 06/08/2023 | 22 | AMENDED COMPLAINT against Amer Sm Asif, Frontier Airline Inc. with Jury Demand. filed by Frederick Marc Cooley.(Cooley, Frederick) (Entered: 06/08/2023) |
| 06/08/2023 | 23 | MOTION to Reopen Case Against Dismissed Defendant Frontier Airline Inc. by Frederick Marc Cooley. (Cooley, Frederick) Modified on 6/8/2023 (SPM). (Entered: 06/08/2023) |
| 06/08/2023 | 24 | PROPOSED summons to be issued by Frederick Marc Cooley. (Cooley, Frederick) (Entered: 06/08/2023) |
| 06/08/2023 | 25 | PROPOSED summons to be issued by Frederick Marc Cooley. (Cooley, Frederick) (Entered: 06/08/2023) |
| 06/08/2023 | 26 | PROPOSED summons to be issued by Frederick Marc Cooley. (Cooley, Frederick) (Entered: 06/08/2023) |
| 06/16/2023 | 27 | RESPONSE in Opposition re 23 MOTION to Reopen Case Against Dismissed Defendant Frontier Airline Inc. filed by Frontier Airline Inc. (Attachments: # 1 Exhibit Emails, # 2 Exhibit Proof of Issuance of Check)(Lehner, Steven) Modified on 6/21/2023 to edit docket text (BCB). (Entered: 06/16/2023) |
| 06/16/2023 | 28 | DECLARATION of Brian Maye re 27 Response in Opposition to Motion, by Frontier Airline Inc. (Lehner, Steven) Modified on 6/21/2023 to edit docket text (BCB). (Entered: 06/16/2023) |
| 06/20/2023 | 29 | ==**ENDORSED ORDER denying 23 Motion to Reopen as to Defendant Frontier Airline Inc. Plaintiff and Frontier entered into a settlement agreement, so any claims at this point would be based on that contract, not his original Complaint. The Court declines to retain jurisdiction over the settlement agreement. Signed by Judge Carlos E. Mendoza on 6/20/2023. (KMS)**== (Entered: 06/20/2023) |
| 07/31/2023 | 30 | First MOTION to Amend *COMPLAINT* by Frederick Marc Cooley. (Cooley, Frederick) (Entered: 07/31/2023) |
| 08/07/2023 | 31 | **ORDER TO SHOW CAUSE- Plaintiff shall SHOW CAUSE as to why this case should not be dismissed for failure to prosecute. Failure to do so may result in the imposition of sanctions, including dismissal of this case, without further notice. Show Cause Response is due on or before August 21, 2023. Signed by Judge Carlos E. Mendoza on 8/7/2023. (MEH)** (Entered: 08/07/2023) |
| 08/21/2023 | 32 | RESPONSE TO ORDER TO SHOW CAUSE filed by Frederick Marc Cooley. (Cooley, Frederick) (Entered: 08/21/2023) |
| 08/22/2023 | 33 | SUMMONS issued as to Amer Sm Asif, Menzies Aviation (USA) Inc. (SPM) (Entered: 08/22/2023) |
| 08/24/2023 | 34 | ***INCORRECT EVENT- PLAINTIFF TO REFILE AS "SUMMONS RETURNED EXECUTED"*** PROOF of service by Frederick Marc Cooley (Cooley, Frederick) Modified on 8/24/2023 (LSS). (Entered: 08/24/2023) |
| 08/24/2023 | 35 | ***INCORRECT EVENT- PLAINTIFF TO REFILE AS "SUMMONS RETURNED EXECUTED"*** PROOF of service by Frederick Marc Cooley (Cooley, Frederick) Modified on 8/24/2023 (LSS). (Entered: 08/24/2023) |
| 09/01/2023 | 36 | RETURN of service executed on August 22, 2023 by Frederick Marc Cooley as to Menzies Aviation (USA) Inc. (Cooley, Frederick) (Entered: 09/01/2023) |
| 09/01/2023 | 37 | RETURN of service executed on August 22, 2023 by Frederick Marc Cooley as to Amer Sm Asif. (Cooley, Frederick) (Entered: 09/01/2023) |

| 09/05/2023 | 38 | **ENDORSED ORDER discharging 31 Order to Show Cause in light of the 32 Response. Signed by Judge Carlos E. Mendoza on 9/5/2023. (KMS)** (Entered: 09/05/2023) |
|---|---|---|
| 09/12/2023 | 39 | **ORDER granting 30 Plaintiff's Motion for Leave to File an Amended Complaint and Add Parties. Signed by Magistrate Judge Leslie Hoffman Price on 9/12/2023. (MKH)** (Entered: 09/12/2023) |
| 09/12/2023 | | Set/reset deadlines/hearings: Amended Complaint due by 9/19/2023 (JK) (Entered: 09/12/2023) |
| 09/12/2023 | 40 | SECOND AMENDED COMPLAINT against All Defendants with Jury Demand. filed by Frederick Marc Cooley.(Cooley, Frederick)(Modified on 9/13/2023 to edit docket text) (JDR). (Entered: 09/12/2023) |
| 09/12/2023 | 41 | PROPOSED summons to be issued by Frederick Marc Cooley. (Attachments: # 1 Proposed Summons, # 2 Proposed Summons)(Cooley, Frederick) (Entered: 09/12/2023) |
| 09/13/2023 | 42 | SECOND AMENDED COMPLAINT against All Defendants with Jury Demand. filed by Frederick Marc Cooley.(Cooley, Frederick) (Modified on 9/13/2023 to edit docket text) (JDR). (Entered: 09/13/2023) |
| 09/13/2023 | 43 | SUMMONS issued as to Amer Sm Asif, Menzies Aviation (USA) Inc., William Revis. (AJS) (Entered: 09/13/2023) |
| 09/13/2023 | 44 | RETURN of service executed on 09/13/2023 by Frederick Marc Cooley as to All Defendants. (Cooley, Frederick) (Entered: 09/13/2023) |
| 10/16/2023 | 45 | First MOTION for Clerk's Default against All Defendants by Frederick Marc Cooley. (Cooley, Frederick) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/16/2023) |
| 10/16/2023 | 46 | Second MOTION for Clerk's Default against All Defendants by Frederick Marc Cooley. (Cooley, Frederick) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/16/2023) |
| 10/17/2023 | 47 | **ORDER denying as moot 45 Motion for Clerk's Default; denying without prejudice 46 Motion for Clerk's Default. Plaintiff shall file a renewed motion on or before October 31, 2023, which must establish, with citation to applicable legal authority, that service of process on each Defendant was proper under governing law. A renewed motion may be supported by amended returns of service, as appropriate. Signed by Magistrate Judge Leslie Hoffman Price on 10/17/2023. (MKH)** (Entered: 10/17/2023) |
| 10/17/2023 | 48 | ANSWER and affirmative defenses to 42 Amended Complaint by Amer Sm Asif, Menzies Aviation (USA) Inc., William Revis.(Maggio, John) (Entered: 10/17/2023) |
| 10/17/2023 | 49 | CORPORATE Disclosure Statement by Menzies Aviation (USA) Inc. identifying Corporate Parent Menzies Aviation, Inc., Corporate Parent John Menzies, plc. for Menzies Aviation (USA) Inc.(Maggio, John) (Entered: 10/17/2023) |
| 10/18/2023 | 50 | NOTICE TO COUNSEL John Maggio and Eli Burton of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who - unless the party changes the designation - remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (ARL) (Entered: 10/18/2023) |
| 10/18/2023 | 51 | NOTICE TO COUNSEL Eli Burton of Local Rule 2.01(a), which requires membership or special admission in the Middle District bar to practice in the Middle District, except for the limited exceptions identified in the Rule. To apply for membership in the Middle |

| | | |
|---|---|---|
| | | District, visit www.flmd.uscourts.gov/for-lawyers. (Signed by Deputy Clerk). (ARL) (Entered: 10/18/2023) |
| 10/19/2023 | 52 | NOTICE of Lead Counsel Designation by John Maggio on behalf of Amer Sm Asif, Menzies Aviation (USA) Inc., William Revis. Lead Counsel: John Maggio. (Maggio, John) (Entered: 10/19/2023) |
| 01/30/2024 | 53 | **ORDER dismissing case without prejudice. Any motion for reconsideration must be filed within fourteen days of this Order, comply with all Local Rules, and include the following: a certification that the pro se Plaintiff has personally read the Court's Initial Order and the Local Rules cited therein; an explanation for why the deadline was missed; and as a separate docket entry, the Case Management Report. The Clerk is directed to close this case. Signed by Judge Carlos E. Mendoza on 1/30/2024. (MEH)** (Entered: 01/30/2024) |