# EXHIBIT F

FREDERICK MARC COOLEY
RASHAWN GREEN
465 CARLSON STREET
VALLEJO, CA 94590
(707) 645-7311
PRO SE LITIGANT



AUG - 9 2005

CLERK  COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MARC COOLEY AND RASHAWN GREEN,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLANO COUNTY SHERIFF'S DEPUTIES, C. BRADFORD BADGE # IL 88 AND A. ROPER BADGE # IL 69,<br><br>Defendants. | Case No.: CVS 05-1569 DFL JFM PS<br><br>**CIVIL COMPLAINT PURSUANT 42 U.S.C. SECTION 1983 AND DEMAND FOR JURY TRIAL** |

1. **Jurisdiction.** This court has jurisdiction over this complaint because it arises under the laws of the United States.

2. **Venue.** Venue is appropriate in this court because both of the defendants reside in this district and substantial amount of the acts and omissions giving rise to this lawsuit occurred in this district.

3. **Intradistrict Assignment.** This lawsuit should be assigned to the Sacramento division of this court because substantial part of this lawsuit occurred in Solano County, City Of Vallejo.

-1-

4. **Plaintiffs.** Plaintiffs Frederick Marc Cooley and Rashawn Green are residence of Solano County, City Of Vallejo and at all times mentioned are citizens of the United States.

5. **Defendants.** Defendant C. Bradford is employed as a Solano County Sheriff's Deputy at the Solano County Sheriff's Department, located in Solano County and is being sued in her official and individual capacity.

Defendant A. Roper is also employed as a Solano County Sheriff's Deputy at the Solano County Sheriff's Department, located in Solano County and is being sued in his official and individual capacity.

### Statement Of Claim

On June 14, 2005 at approximately 1410 hours Solano County Sheriff's Deputy C. Bradford conducted a traffic stop on a blue 1995 Chevy Impala, License Plate number 4JXT284, allegedly for a broken brake light. The vehicle was driven by the Plaintiff Rashawn Green, who was accompanied by Plaintiff Frederick Marc Cooley a passenger of the vehicle.

After Deputy C. Bradford stopped and approached the vehicle, she requested that the driver Rashawn Green, provide valid California Driver's license, vehicle registration and proof of auto insurance. Upon request Plaintiff Rashawn Green provided all requested documentation.

Deputy C. Bradford then requested from the passenger Frederick Marc Cooley identification, which Plaintiff Frederick Marc Cooley provided Deputy C. Bradford with his valid California Driver's license.

Deputy C. Bradford ran both Plaintiff's Rashawn Green and Frederick Marc Cooley identification information via Solano County Sheriff's Department radio dispatch, who communicated to Deputy C. Bradford that both plaintiff's licenses were valid, without any outstanding warrants. The Solano County Sheriff's radio dispatch also communicated to Deputy C. Bradford that Plaintiff Frederick Marc Cooley was on parole under the jurisdiction of the California Department Of Corrections.

Deputy C. Bradford returned back to the front passenger side of the vehicle and contacted Plaintiff Frederick Marc Cooley and asked if he was on parole, which Plaintiff Frederick Marc Cooley confirmed that he was actively on parole.

Deputy C. Bradford ordered Plaintiff Frederick Marc Cooley to exit the vehicle because she was going to conduct a parole search of his person due to his parole status. Plaintiff Frederick Marc Cooley communicated to Deputy C. Bradford that he would not consent to a search of his person because his parole status alone was not enough to require him to submit to a search of his person and that she did not have reasonable suspicion that he committed or was about to commit a crime.

Deputy C. Bradford communicated to Plaintiff Frederick Marc Cooley that the conditions of his parole requires him to submit to a search upon any officer's request and if he continue to refuse, she would arrest him for violating that condition of parole.

1  Deputy C. Bradford conducted a search of Plaintiff Frederick Marc Cooley's
2  person on a public street in a residential area and the result of the search was
3  negative for violations of parole.
4
5  Deputy C. Bradford directed Plaintiff Frederick Marc Cooley to sit on the front
6  of her squad car while her back up, Solano County Deputy Sheriff "Munk",
7  watched him.
8
9  Deputy C. Bradford ordered Plaintiff Rashawn Green to exit his vehicle asked if
10 she could search his person and vehicle.  Plaintiff Rashawn Green
11 communicated to Deputy C. Bradford that he was not giving her consent to
12 search his person or vehicle.
13
14 Deputy C. Bradford conducted a unconsented search of Plaintiff Rashawn
15 Green's person, directed him to sit on the front of her squad car next to
16 Plaintiff Frederick Marc Cooley and conducted a unconsented search of Plaintiff
17 Rashawn Green's vehicle.  The searches resulted negative seizures of
18 contraband or any illegal activity.
19
20 On March 18, 2005, Solano County Sheriff's Deputy, A. Roper stopped Plaintiff
21 Frederick Marc Cooley for an unkwown traffic reason.  Deputy A. Roper
22 requested from Plaintiff Frederick Marc Cooley valid California Driver's license,
23 vehicle registration, and proof of auto insurance, which he provided to Deputy
24 A. Roper.
25
26 After running Plaintiff Frederick Marc Cooley's identification information,
27 Deputy A. Roper learned via Solano County Sheriff's Department radio
28

1 | dispatch that Plaintiff Frederick Marc Cooley was on parole under the
2 | jurisdiction of the California Department Of Corrections.
3 |
4 | Deputy A. Roper ordered Plaintiff Frederick Marc Cooley out of the vehicle and
5 | advised him that he was going to conduct a parole search of his person and the
6 | vehicle his was in control of, due to his parole status.
7 |
8 | Deputy A. Roper conducted the search of Plaintiff Frederick Marc Cooley's
9 | person and the vehicle that he was in control of in at crowded gas station and
10 | the search resulted in negative parole violations.
11 |
12 | Since these specific traffic stops and searches family members, friends,
13 | neighbors and residents who witnessed or learned of these traffic stops and
14 | searches, where Plaintiff Frederick Marc Cooley was detained and his person,
15 | vehicle and other individuals person and vehicle have been searched due to
16 | Plaintiff Frederick Marc Cooley's parole status have questioned whether
17 | Plaintiff Frederick Marc Cooley is criminally active because productive citizens
18 | do not submit to searches of their person and property because of simple traffic
19 | infractions and are reluctant to associate themselves with Plaintiff Frederick
20 | Marc Cooley because of the abnormal searches.
21 |
22 |
23 | **Demand For Jury Trial.**
24 |
25 | Plaintiff's Frederick Marc Cooley and Rashawn Green respectfully demand a
26 | jury trial on the merits of this complaint.
27 |
28 |

**Relief.**

Plaintiff's Frederick Marc Cooley and Rashawn Green seek monetary damages in the total amount of **Sixty-Five thousand dollars ($65,000)** payable to both plaintiffs for the violations of their constitutional rights not to be unreasonably searched, for public humiliation and mental stress.

Plaintiff Frederick Marc Cooley also seeks a court order directing the Solano County Sheriff's Department to change it's protocol on searches of parolees, specifically requiring written consent to search from a parolee when no reasonable suspicion that a crime has been or is about to be committed.

Signed this 7 day of August ,2005.

*Frederick M. Cooley*
**Plaintiff**

-6-

1  I declare under penalty of perjury that the foregoing is true and correct.

5  Date: 8/8/05

*Frederick M-____*

**Plaintiff**

-7-

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Frederick Marc Cooley, Rashawn Green

**DEFENDANTS** ~~Frederick M~~ C. Bradford And A. Roper

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
465 Carlson St.
Vallejo CA 94590
(707) 645-7311

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

[citizenship table unchecked]

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

Checked: ☑ 360 Other Personal Injury; ☑ 440 Other Civil Rights

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[none checked]

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S. 1983 Civil Complaint Fourth Amendment Violations

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 65,000 To both Plaintiffs
JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 8/8/05
SIGNATURE OF ATTORNEY OF RECORD Frederick M. Cooley

FOR OFFICE USE ONLY
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

Attachment 2