# EXHIBIT G

1. Frederick M. Cooley
2. CCDC# 1738781, 7B-102
3. 330 S. Casino Center Dr.
4. Las Vegas, NV 89101
5.
6. In Propria Persona
7.

**FILED**

APR 16 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States District Court
Eastern District of California

Frederick Marc Cooley,
                Plaintiff,

        V.S.

Carol A. Daly, Chair,
California Board of Prison
Terms, And John Doe,
                Defendants.

Case No. 207-CV-0720 DFL EFB PC

Civil Rights Complaint
Pursuant To
42 U.S.C. Section 1983

## Jurisdiction

1. This complaint alleges that the civil rights of Frederick M. Cooley, who presently resides at 330 S. Casino Center Dr., Las Vegas, Nevada 89101, were violated by the actions of the below mentioned individuals, which were directed against

①

1. Plaintiff on April 17, 2006.

2. 

3.     2. Defendant Carol A. Daly resides in Sacramento,
4. California and is employed as the Chair of California Board of
5. Prison Terms. This defendant is being sued in her official
6. capacity and is responsible for developing and implementing
7. policies and procedures for parole eligibility, parole suspension
8. parole discharge and revocation hearings.

9. 

10.     3. Defendant "John Doe" resides in Sacramento, California
11. and is a employee of the California Board of Prison Terms. This
12. defendant is being sue in his/her individual and official capacity
13. and is responsible for taking action to suspend parolee's
14. parole.

15. 

16.     4. Jurisdiction is invoked pursuant to 28 U.S.C. Section
17. 1343(a)(3) and 42 U.S.C Section 1983.

18. 

19.               Statement of Case

20. 

21. The California Board of Prison Terms decision to suspend Plaintiff's
22. Parole violates the Fourteenth Amendment of the United States
23. Constitution because the Plaintiff's Parole Automically discharged
24. early pursuant to California Penal Code section 3001(a), when
25. BPT failed to find good cause to return Plaintiff on parole.

26. 

27. 

28. 

②

## Supporting Facts

On Feb. 6, 2004, Plaintiff entered a no contest plea in Los Angeles County Superior for a violation of Penal Code section 245 (A)(1) Assault by means of force likely to produce great bodily injury and he was sentenced to state Prison for a term of two years. On Dec. 12, 2004 Plaintiff was released on parole under the jurisdiction of CDC. By January 15, 2005 Plaintiff had completed well over thirteen months of continuous parole with no revocation terms, suspensions or dead time for absconding. No good cause was found by the Board of Prison Terms retain Plaintiff on parole pursuant to California Penal Code 3001 (a). The Plaintiff's parole automatically discharged his parole number V-28960.

On April 17, 2006, Defendant "John Doe" took action and suspended Plaintiff's parole for absconding pursuant to the policies and procedures developed and implemented by Defendant Carol A. Daly, chair, of the California Board of Prison Terms.

On Feb. 27, 2007, Plaintiff was booked into custody of the Las Vegas Metropolitan Police Department for a California parole violation warrant.

③

## Previous Lawsuits And Administrative Relief

No actions in state or federal court have been filed for the same or similar facts as involved in this action.

No actions in state or federal court have been dismissed because it was determined to be frivolous, malicious or failed to state a claim upon which relief could be granted.

No attempt to exhaust administrative remedies have been made because the California Board of Prison Terms do not have an administrative appeal process.

## Request For Relief

Plaintiff is seeking injunctive relief, directing the defendants to discharge Plaintiff off parole and release him immediately.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

4/12/07                                    Frederick M. Cudlyph

④