# EXHIBIT J

Frederick Marc Cooley
Name

P.O. Box 650
Indian Springs, NV 89070
Address

#1013578
Prison Number

___FILED ✓ RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

2008 JUL -9  P 2: 12

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Frederick Marc Cooley,
    Plaintiff,

vs.

Nustad,

Zimmerman,

John Doe,

_____,

_____,
    Defendant(s).

**2:08-cv-00896-RCJ-LRL**

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

Jury Trial Demand

## A. JURISDICTION

1)  This complaint alleges that the civil rights of Plaintiff, __Frederick M. Cooley__,
             (print Plaintiff's name)

who presently resides at __High Desert State Prison__, were
    (mailing address or place of confinement)
violated by the actions of the below named individuals which were directed against

Plaintiff at __High Desert State Prison__ on the following dates
   (institution/city where violation occurred)

__2/1/08 to 2/10/08__, _____, and _____.
 (Count I)     (Count II)     (Count III)

§1983-Form
eff. 1/97

**Make a copy of this page to provide the below
information if you are naming more that five (5) defendants**

2) Defendant ___Nustad___ resides at ___Indian Springs, NV___,
     (full name of first defendant)      (address of first defendant)
and is employed as ___Senior Correctional Officer___. This defendant is sued in his/her
    (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: ___Defendant was on duty as a Nevada Department
of Corrections Senior Officer at all times mentioned___.

3) Defendant ___Zimmerman___ resides at ___Indian Springs, NV___,
     (full name of first defendant)      (address of first defendant)
and is employed as ___Correctional Officer___. This defendant is sued in his/her
    (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: ___Defendant was on duty as a Nevada Department
of Corrections, Correctional Officer at all times mentioned___.

4) Defendant ___John Doe___ resides at ___Indian Springs, NV___,
     (full name of first defendant)      (address of first defendant)
and is employed as ___Correctional Officer___. This defendant is sued in his/her
    (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: ___Defendant was on duty as a Nevada Department
of Corrections, Correctional Officer at all times mentioned___.

5) Defendant _____ resides at _____,
     (full name of first defendant)      (address of first defendant)
and is employed as _____. This defendant is sued in his/her
    (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: _____

6) Defendant _____ resides at _____,
       (full name of first defendant)                              (address if first defendant)
and is employed as _____. This defendant is sued in his/her
                (defendant's position and title, if any)
__ individual __ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Defendant's Nustad, Zimmerman, and John Doe attempted to serve Plaintiff bird tainted and cross-contaminated food. Defendants refused to serve plaintiff food under conditions which did not pose an immediate danger to his health and well being from February 1, 2008 to February 10, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: <u>Plaintiffs' rights guaranteed by the Eigth Amendment of the United States Constitution have been violated.</u>

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On February 1, 2008 at evening meal, plaintiff observed one of approximately three domestic birds that nested in High Desert State Prison 1A Housing Unit flying over, walking and feeding on food that was to be served to prisoners housed in the unit. The food was left unattended by Defendant Zimmerman who plaintiff attempted to notify by alerting the tower officer defendant Nustad via cell call button and yelling out his cell door. Plaintiff specifically notified defendant John Doe, a unknown black correctional officer who refused to disclose his identity, that birds had tainted the food. Defendant John Doe ask plaintiff if he wanted his food tray that defendant John Doe attempted to pass him through Plaintiffs' cell door food port. Plaintiff rejected the food. Defendant John Doe continued to serve the bird tainted food to prisoners. Plaintiff communicated to defendants Nustad and Zimmerman that not only was the food tainted by birds, the food was also cross-contaminated by the use of a unsanitized food service area and carts used for serving food, collecting food trays and collecting shaving razors at shower time. Defendants refused to sanitize and Plaintiff did not eat a meal from 2/1/08 to 2/10/08 because of the unsanitary conditions

## COUNT II

4

The following civil rights has been violated: _____

_____

_____

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

------------------------------------

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

6

a) Defendants: _____
b) Name of court and docket number: _____
c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____
_____

d) Issues raised: _____
_____
_____
_____

e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was dismissed because it was determined to be **frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____
b) Name of court and case number: _____
c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____

e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____
b) Name of court and case number: _____
c) The case was dismissed because it was found to be (check one): _____ frivolous

7

___ malicious or ___ failed to state a claim upon which relief could be granted.

    d)    Issues raised: _____

          _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____

    b)    Name of court and case number: _____

    c)    The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

    d)    Issues raised: _____

          _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

3)    Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ✓ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.

If your answer is "Yes", provide the following information. Grievance Number 20062725328 / 20062735129

Date and institution where grievance was filed High Desert State Prison 2/11/08.

Response to grievance: The grievance was rejected as an improper grievance stating it lacks standing. Grievances are attached

8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Compensatory damages in the amount of five thousand dollars ($5,000.00). Punitive damages in the amount of ten thousand dollars ($10,000.00).

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____     *Frederick M. Cooley*
(Name of Person who prepared or helped            (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

                                     7/3/08
                                     (Date)

------------------------------
(Additional space if needed; identify what is being continued)

9

# NEVADA DEPARTMENT OF CORRECTIONS

## MEMORANDUM

TO: Frederick Cooley #1013578

FROM: Grievance Coordinator

DATE: 6-19-2008

SUBJECT: Improper Grievance          Log #: 20062735129

The attached grievance is being returned to you for the following reason(s):

[ ] Non-grievable issue.
   [ ] State and federal court decision.
   [ ] State, federal and local laws and regulations.
   [ ] Parole Board decision.
   [x] Lacks standing. No new info from when 20062725328 as not accepted for this reason as well.
[ ] Untimely submission.
[ ] No remedy noted.
[ ] Abuse of Inmate Grievance Procedure.
   [ ] Any language, writing or illustration deemed to be obscene, profane or derogatory.
   [ ] A threat of serious bodily injury to a specific individual.
   [ ] Specific claims or incidents previously filed by the same inmate.
   [ ] More than four (4) unfounded, frivolous or vexatious grievances per month.
   [ ] Allegations proven to be false.
[ ] The grievance contains more than one incident, issue, etc.
[x] Other: Did not submit completed Administrative Claim Form (DOC 3095) per AR 740.1.4.3.2

You may re-submit your grievance after correcting the above deficiencies. Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

_____  7-1-08      _____  7/1/08
Witness Signature   Date        Inmate Signature    Date

cc: Original – Inmate, Copy - Grievance File

DOC-3098 (10/03)

Log Number ~~2006272528~~

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: **Cooley**    I.D. NUMBER: **1013578**

INSTITUTION: **HDSP**    UNIT: **6B33**

GRIEVANT'S STATEMENT: From 2/1/08 to 2/10/08 I had not ate a meal because of 1A housing units unsanitary conditions specifically the serving of bird tainted food which was cross-contaminated by the use of a unsanitized food service area and carts used for serving food, collecting used food trays and collecting used shaving razors

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: *Frederick M. Cooley* DATE: 5/28/08 TIME: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 6/3/08 TIME: 7pm

GRIEVANCE RESPONSE: _____

CASEWORKER SIGNATURE: _____ DATE: _____

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

___ INMATE AGREES ___ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

RECEIVED JUN 03 2008 HIGH DESERT STATE PRISON GRIEVANCE COORDINATOR

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

DOC 3091 (12/01)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Cooley  I.D. NUMBER: 1013578

INSTITUTION: HDSP  UNIT #: 6B33

GRIEVANCE #: 20062725328  GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION: PG. 2 OF 3

at shower time. Unit officers continued to serve meals under these conditions even after acknowledging that I refused every meal served in the unit due to the lack of sanitation. This is an attempt to exhaust my administrative remedies pursuant to the Prison Litigation Reform Act (PLRA) 42 U.S.C section 1997e(). I am requesting that I be compensated by being paid a total of $5,000 for the failure of Unit officers failing to sanitize properly before serving meals specifically Senior Officer Nustad. I have a constitutionally guaranteed Eigth Amendment right to be served nutritional meals under conditions that do not pose a immediate danger to my health and well being. This is notification of my intentions to file a 42 U.S.C. section 1983 civil claim against Senior Officer Nustad. Senior Officer

Original:  Attached to Grievance
Pink:      Inmate's Copy

RECEIVED
JUN 03 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Cooley    I.D. NUMBER: 1013578

INSTITUTION: HDSP    UNIT #: 6B33

GRIEVANCE #: 200627725328    GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION: PG. 3 OF 3

Nustad was fully aware that approximately three domestic birds nested in the ceiling of unit 1A when on Feb. 1, 2008 I communicated to Senior Officer Nustad and two other officers that observed the birds flying over, walking and feeding on the food that was being served to the unit. The food was served to inmates housed to the unit knowingly by officers in violation of A.R. 720. Eating under these conditions was not acceptable and was the result of me not eating for ten days especially after I was sick for two weeks upon my arrival here at HDSP 1/16/08 where I was provided inadequate medical attention.

Original:    Attached to Grievance
Pink:    Inmate's Copy

RECEIVED JUN 03 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS

## MEMORANDUM

TO: Cooley, Fredrick #1013578

FROM: J. Henson

DATE: May 16, 2008

SUBJECT: Improper Grievance 20062725328

The attached grievance is being returned to you for the following reason(s):

☐ Non-grievable issue.
  ☐ State and federal court decision.
  ☐ State, federal and local laws and regulations.
  ☐ Parole Board decision.
  ☒ Lacks standing.
☐ Untimely submission.
☒ No remedy noted.
☐ Abuse of Inmate Grievance Procedure.
  ☐ Any language, writing or illustration deemed to be obscene, profane or derogatory.
  ☐ A threat of serious bodily injury to a specific individual.
  ☐ Specific claims or incidents previously filed by the same inmate.
  ☐ More than four (4) unfounded, frivolous or vexatious grievances per month.
  ☐ Allegations proven to be false.
☐ The grievance contains more than one incident, issue, etc.
☒ Other; specify.
  You failed to attach the response to the first informal grievance that you submitted on this same issue. You may resubmit with necessary documents attached.

_____  5/28/08        _____  5/28/08
Witness Signature      Date         Inmate Signature     Date

cc:   Original – Inmate      Copy – Grievance File

RECEIVED
JUN 0 3 2008
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC-3098 (10/03)

Log Number 2006270535

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Cooley     I.D. NUMBER: 1013574

INSTITUTION: HDSP     UNIT: 4A19

GRIEVANT'S STATEMENT: From 2/1/08 to 2/10/08 I had not ate a meal because of 1A housing unit's unsanitary conditions specifically the serving of bird twisted which was cross-contaminated by the use of a unsanitized food service area and carts used for serving food, collecting used food trays, and collecting used shaving razors at shower time. Unit officers continued

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: Frederick M. Cooley    DATE: 4/15/08   TIME: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 4/16/08 TIME: 9 pm

GRIEVANCE RESPONSE: _____

CASEWORKER SIGNATURE: _____ DATE: _____

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

___ INMATE AGREES ___ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 5/28/08

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original: To inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's receipt when formal grievance filed
Gold: Inmate's initial receipt

RECEIVED JUN 0 3 2008 HIGH DESERT STATE PRISON GRIEVANCE COORDINATOR

DOC 3091 (12/01)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Cooley  I.D. NUMBER: 1013578

INSTITUTION: HDSP  UNIT #: 4A19

GRIEVANCE #: 20062705035  GRIEVANCE LEVEL: III

GRIEVANT'S STATEMENT CONTINUATION: PG. 2 OF 2

To serve meals under these conditions even after acknowledging that I refused every meal served in the unit due to the lack of sanitation. This is an attempt to exhaust my administrative remedies pursuant to the Prison Litigation Reform Act (PLRA).

Original: Attached to Grievance
Pink: Inmate's Copy

DOC – 3097 (01/02)

was told by senior officer Russian that this was the last tray for entire day. This was told to me by Russian on 2/5/08. This is a deliberate indifference to the conditions of my confinement because Senior Officer knows I will not eat the bird tainted contaminated food.

Log Number _____

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Cooley     I.D. NUMBER: 1013578

INSTITUTION: HDSP     UNIT: _____

GRIEVANT'S STATEMENT: I have not eaten a meal since 2/1/08 because of 1A housing unit unsanitary conditions specifically the serving of bird tainted food which is cross-contaminated by the use of unsanitized food service area and carts used for serving food, collecting used food trays, and collecting used shaving razors at shower time. Officers continue to serve meals under these conditions knowingly.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**     2/7/08

INMATE SIGNATURE: _____     DATE: 2/5/07     TIME: ___

GRIEVANCE COORDINATOR SIGNATURE: _____     DATE: 2/5/08     TIME: ___

GRIEVANCE RESPONSE: _____

CASEWORKER SIGNATURE: _____     DATE: _____

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____     DATE: _____

RECEIVED APR 16 2008 H.D.S.P. - AWP

___ INMATE AGREES  ✓ INMATE DISAGREES

INMATE SIGNATURE: _____     DATE: 4/15/08

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

RECEIVED FEB 11 2008 HIGH DESERT STATE PRISON GRIEVANCE COORDINATOR

RECEIVED JUN 03 2008 HIGH DESERT STATE PRISON GRIEVANCE COORDINATOR

Original: To inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's receipt when formal grievance filed
Gold: Inmate's initial receipt

DOC 3091 (12/01)

I was told by Senior Officer Nustad that I was being kept in 1A tank for entering a unauthorized housing classified housing unit a regulation on Feb. 5, 2008. This is a deliberate indifference to the conditions of my confinement because Senior Officer Nustad knows I will not eat the bird tainted contaminated food.

Case 2:08-cv-01078-RCJ-LRL Document 50-13 Filed 05/21/05 Page 18 of 18

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Cooley | 1013578 | 1A33 | 2/7/08 |

4.) REQUEST FORM TO: (CHECK BOX)

___ CASEWORKER   ___ MEDICAL   ___ MENTAL HEALTH   ___ CANTEEN
___ EDUCATION   ___ VISITING   ___ LAW LIBRARY   ___ DENTAL
___ LAUNDRY   ___ PROPERTY ROOM   ___ SHIFT COMMAND   ___ OTHER ____

RECEIVED FEB 11 2008 H.D.S.P. AWO OFFICE

5.) NAME OF INDIVIDUAL TO CONTACT: Warden, Associate Warden, Captain H. Liverani

6.) REQUEST: (PRINT BELOW) I have not consumed a meal served in HDSP 1A housing unit since dinner time Feb. 1, 2008, due to correctional officers knowingly serving bird tainted food and also serving meals on contaminated and/or cross-contaminated cart used for collecting dirty trays and used shaving razors at shower time. The cart is never disinfected. All senior officers assigned to 1A housing unit have been put on notice that I refuse all meals served in the unit and why, yet they continue to serve meals under conditions that present an immediate danger to my health and well-being. On 2/4/08, I was seen by a doctor for a unrelated reason. My blood pressure registered at 167/104 due to being upset and hungry. I am requesting that meal serving practices be changed, so I can eat.

7.) INMATE SIGNATURE _____  DOC # 1013578
8.) RECEIVING STAFF SIGNATURE _____  DATE 2/9/08

### 9.) RESPONSE TO INMATE

YOU ARE NOW HOUSED IN UNIT 4. THIS RESOLVES YOUR ISSUE

10.) RESPONDING STAFF SIGNATURE _____  DATE 2-15-08

DOC – 3012 (REV. 7/01)